# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 19-cv-1227-LPS |
| WOW TECH INTERNATIONAL, GMBH, | § | |
| WOW TECH USA, LTD., WOW TECH | § | |
| CANADA, LTD. AND NOVOLUTO | § | |
| GMBH, | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF FLORIAN HOLST IN SUPPORT OF DEFENDANTS
WOW TECH INTERNATIONAL GMBH, WOW TECH CANADA LTD., AND
NOVOLUTO GMBH'S CONSOLIDATED MOTION TO DISMISS**

I, Florian Holst, declare and state:

1.     I submit this Declaration in support of Defendants WOW Tech International GmbH, WOW Tech Canada Ltd., and Novoluto GmbH's Motion to Dismiss EIS, Inc.'s Complaint Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

2.     I am a Director for Novoluto GmbH ("Novoluto").

3.     Novoluto is a company that owns the patents in suit (U.S. Patent Nos. 9,763,851; 9,849,061; and, 9,937,097) and employs a research and development team.

4.     Novoluto is organized and operates under the laws of Germany, with a principal place of business at Friedenstr. 91a, 10249 Berlin, Germany.

5.     Novoluto does not manufacture, sell, or export any products into Delaware or elsewhere in the United States.

6.     Novoluto does not solicit or engage in business in Delaware and has not earned income in Delaware.

7.     Novoluto does not have any offices in Delaware.

1

8. Novoluto does not own or lease real estate or other premises in Delaware or elsewhere in the United States.

9. Novoluto owns no assets in Delaware or anywhere else in the United States.

10. Novoluto does not maintain bank accounts in Delaware or elsewhere in the United States.

11. Novoluto does not have an agent for service of process in Delaware or elsewhere in the United States.

12. Novoluto has not maintained a registered office in Delaware pursuant to a certificate of authority from the Delaware Secretary of State or otherwise, nor has it ever applied for such a certificate.

13. Novoluto has not entered into any Delaware contracts, either with Delaware entities or for services or goods to be performed in Delaware.

14. Novoluto has never contracted to insure or act as a surety for any contract to be performed by WOW Tech USA Ltd. in Delaware.

15. Novoluto has never accrued or paid Delaware income taxes, payroll taxes, or franchise fees.

16. Novoluto has never been a party to a lawsuit in any Delaware court.

17. No Novoluto managing director is a resident of Delaware.

18. No persons or entities located in Delaware have ever controlled the activities of Novoluto.

19. Novoluto is organized and operated as a separate entity from WOW Tech International GmbH, WOW Tech USA Ltd., and WOW Tech Canada Ltd.

20. Novoluto maintains separate bank accounts and separate accounting records from WOW Tech International GmbH, WOW Tech USA Ltd., and WOW Tech Canada Ltd.

21. Novoluto files separate income tax returns from WOW Tech International GmbH, WOW Tech USA Ltd., and WOW Tech Canada Ltd.

22. Day-to-day management for Novoluto is separate from day-to-day management for WOW

2

Tech International GmbH, WOW Tech USA Ltd., and WOW Tech Canada Ltd., and corporate formalities are strictly observed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _October 1, 2019_ in _BERLIN_ .

Florian Holst

3

# EXHIBIT 2

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 6 of 172 PageID #: 9916

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 19-cv-1227-LPS |
| WOW TECH INTERNATIONAL, GMBH, | § | |
| WOW TECH USA, LTD., WOW TECH | § | |
| CANADA, LTD. AND NOVOLUTO | § | |
| GMBH, | § | |
| | § | |
| Defendants. | § | |

### DECLARATION OF FRANK FERRARI IN SUPPORT OF DEFENDANTS WOW TECH INTERNATIONAL GMBH, WOW TECH CANADA LTD., AND NOVOLUTO GMBH'S CONSOLIDATED MOTION TO DISMISS

I, Frank Ferrari, declare and state:

1. I submit this Declaration in support of Defendants WOW Tech International GmbH, WOW Tech Canada Ltd., and Novoluto GmbH's Motion to Dismiss EIS, Inc.'s Complaint Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

2. I am President of WOW Tech Canada Ltd. ("WOW Tech Canada").

3. WOW Tech Canada is organized under the laws of Canada, with its headquarters at 330-1130 Morrison Drive, Ottawa, ON K2H 9N6, Canada.

4. WOW Tech Canada does not manufacture, sell, or export any products into Delaware.

5. WOW Tech Canada does not solicit or engage in business in Delaware and has not earned income in Delaware.

6. WOW Tech Canada does not have any offices in Delaware.

7. WOW Tech Canada does not own or lease real estate or other premises in Delaware or elsewhere in the United States.

8. WOW Tech Canada owns no assets in Delaware or anywhere else in the United States.

1

Case 1:19-cv-01227-GRW   Document 19-1   Filed 12/05/19   Page 7 of 172 PageID #: 9517

9. WOW Tech Canada does not maintain bank accounts in Delaware or elsewhere in the US.

10. WOW Tech Canada lacks an agent for service of process in Delaware or elsewhere in the United States.

11. WOW Tech Canada has not maintained a registered office in Delaware pursuant to a certificate of authority from the Delaware Secretary of State or otherwise, nor has it ever applied for such a certificate.

12. WOW Tech Canada has not entered into any Delaware contracts, either with Delaware entities or for services or goods to be performed in Delaware.

13. WOW Tech Canada has never contracted to insure or act as a surety for any contract to be performed by WOW Tech Canada in Delaware.

14. WOW Tech Canada has never accrued or paid Delaware income taxes, payroll taxes or franchise fees.

15. WOW Tech Canada has never been a party to a lawsuit in any Delaware court.

16. No WOW Tech Canada managing director is a resident of Delaware, and no persons or entities located in Delaware have ever controlled the activities of WOW Tech Canada.

17. WOW Tech Canada is organized and operated as a separate entity from WOW Tech International, GmbH, WOW Tech USA Ltd., and Novoluto GmbH.

18. WOW Tech Canada maintains separate bank accounts and separate accounting records from WOW Tech International, GmbH, WOW Tech USA Ltd., and Novoluto GmbH.

19. WOW Tech Canada files separate income tax returns from WOW Tech International, GmbH, WOW Tech USA Ltd., and Novoluto GmbH.

20. Day-to-day management for WOW Tech Canada is separate from day-to-day management for WOW Tech International GmbH, WOW Tech USA Ltd., and Novoluto GmbH, and corporate formalities are strictly observed.

Case 1:19-cv-01227-LPS    Document 19-1  Filed 10/02/15  Page 3 of 3 PageID #:9918

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2019 in Peterborough, Ontario.

_____
Frank Ferrari

3

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EIS, INC.,

            Plaintiff,

      v.

WOW TECH INTERNATIONAL, GMBH,
WOW TECH USA, LTD., WOW TECH
CANADA, LTD. AND NOVOLUTO
GMBH,

            Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 19-cv-1227-LPS

**DECLARATION OF JOHANNES PLETTENBERG IN SUPPORT OF DEFENDANTS
WOW TECH INTERNATIONAL GMBH, WOW TECH CANADA LTD., AND
NOVOLUTO GMBH'S CONSOLIDATED MOTION TO DISMISS**

I, Johannes Plettenberg, declare and state:

1. I submit this Declaration in support of Defendants WOW Tech International GmbH, WOW Tech Canada Ltd., and Novoluto GmbH's Motion to Dismiss EIS, Inc.'s Complaint Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

2. I am Managing Director of WOW Tech International GmbH ("WTI").

3. WTI is a German company and its headquarters are at Friedenstr. 91a, 10249 Berlin, Germany.

4. WTI is organized and operates under the laws of Germany.

5. WTI does not manufacture, sell, or export any products into Delaware or elsewhere in the United States.

6. WTI does not solicit or engage in business in and has not earned income in Delaware.

7. WTI does not have any offices in Delaware.

8. WTI does not own or lease real estate or other premises in Delaware or elsewhere in the United States.

1

9. WTI is the parent company of WOW Tech Canada Ltd., which is the parent company of WOW Tech USA Ltd.

10. WTI owns no assets in Delaware or anywhere else in the United States.

11. WTI does not maintain bank accounts in Delaware or elsewhere in the United States.

12. WTI does not have an agent for service of process in Delaware or elsewhere in the United States.

13. WTI has not maintained a registered office in Delaware pursuant to a certificate of authority from the Delaware Secretary of State or otherwise, nor has it ever applied for such a certificate.

14. WTI has not entered into any Delaware contracts, either with Delaware entities or for services or goods to be performed in Delaware.

15. WTI has never contracted to insure or act as a surety for any contract to be performed by WOW Tech USA Ltd. in Delaware.

16. WTI has never accrued or paid Delaware income taxes, payroll taxes, or franchise fees.

17. WTI has never been a party to a lawsuit in any Delaware court.

18. No WTI managing director is a resident of Delaware.

19. No persons or entities located in Delaware have ever controlled the activities of WTI.

20. WTI is organized and operated as a separate entity from WOW Tech USA Ltd., WOW Tech Canada Ltd., and Novoluto GmbH.

21. WTI maintains separate bank accounts and separate accounting records from WOW Tech USA Ltd., WOW Tech Canada Ltd., and Novoluto GmbH.

22. WTI files separate income tax returns from WOW Tech USA Ltd., WOW Tech Canada Ltd., and Novoluto GmbH.

23. Day-to-day management for WTI is separate from day-to-day management for WOW Tech USA Ltd., WOW Tech Canada Ltd., and Novoluto GmbH and corporate formalities are strictly

2

observed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____01. 10._____ 2019 in __Berlin_____.


_____

Johannes Plettenberg

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1227 (LPS) |
| | ) |
| WOW TECH INTERNATIONAL GMBH, | ) |
| WOW TECH USA, LTD., | ) |
| WOW TECH CANADA, LTD. | ) |
| and NOVOLUTO GMBH, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF TAD RICHMAN

Pursuant to 28 U.S.C. § 1746, I, Tad Richman, declare and state:

1. I am an attorney at the law firm of Paul Hastings LLP, counsel for the plaintiff in this action. I am admitted to practice in the District of Columbia. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

**Corporate Records**

2. The document attached as Exhibit A-1 is a true and correct copy of WOW Tech USA Ltd.'s ("WTU") 2018 Delaware Annual Franchise Tax Report, retrieved from and certified by the Delaware Secretary of State on October 9, 2019.

3. The document attached as Exhibit A-2 is a true and correct copy of the Current Novoluto GmbH ("Novoluto") German Corporate Register, retrieved from the German Company Register's website at https://www.unternehmensregister.de/ on August 5, 2019, with an informal English translation.

4.      The document attached as Exhibit A-3 is a true and correct copy of the Federal Corporation Information for WOW Tech Canada ("WTC"), retrieved from the Government of Canada's Corporations Canada website at https://www.ic.gc.ca/eic/site/cd-dgc.nsf/eng/home on December 4, 2019.

5.      The document attached as Exhibit A-4 is a true and correct copy of the Novoluto Commercial Register B, retrieved from the German Company Register's website at https://www.unternehmensregister.de/ on August 5, 2019, with an informal English translation.

**Defendants' Sales in the United States and Delaware**

6.      The document attached as Exhibit A-5 is a true and correct copy of an invoice sent to a distributor in the United States that ordered products from WTU.

7.      The document attached as Exhibit A-6 is a true and correct copy of an order confirmation email for an order placed on the website we-vibe.com on October 10, 2019.

8.      The document attached as Exhibit A-7 is a true and correct copy of an order confirmation email for an order placed on the website womanizer.com on October 10, 2019.

9.      The document attached as Exhibit A-8 is a true and correct copy of the womanizer.com shipping and delivery policies, retrieved from the website https://www.womanizer.com/us/shipping on August 27, 2019, previously submitted as D.I. 9-4 in this case.

10.     The photograph attached as Exhibit A-9, taken on December 4, 2019, is a true and correct representation of the shipping label on a box containing an order placed through the Womanizer amazon.com storefront, addressed and shipped to a Delaware resident, listing the sender as "KWE ON BEHALF OF SIC."

11.     The photograph attached as Exhibit A-10, taken on December 4, 2019, is a true and correct representation of the shipping label on a box containing an order placed through the Womanizer we-vibe.com storefront, addressed and shipped to a Delaware resident, listing the sender as "KWE ON BEHALF OF SIC."

12.     The photograph attached as Exhibit A-11, taken on December 4, 2019, is a true and correct representation of the shipping label on a box containing an order placed through Defendants' womanizer.com website, addressed and shipped to a Delaware resident, listing the sender as "KWE ON BEHALF OF SIC."

13.     The document attached as Exhibit A-12 is a true and correct copy of the packing list marked Kintetsu World Express that was contained in the box for an order placed on Defendants' womanizer.com website, delivered to a Delaware resident, listing the shipper as "Standard Innovation Corporation."

14.     The document attached as Exhibit A-13 is a true and correct copy of the packing list marked Kintetsu World Express that was contained in the box for an order placed on Defendants' we-vibe.com website, delivered to a Delaware resident, listing the shipper as "Standard Innovation Corporation."

15.     The document attached as Exhibit A-14 is a true and correct copy of the packing list marked Kintetsu World Express that was contained in the box for an order placed through the Womanizer amazon.com storefront, delivered to a Delaware resident, listing the shipper as "Standard Innovation Corporation."

16.     The photographs attached as Exhibit A-15, taken on December 4, 2019, are true and correct representations of the label on a bottle of We-Vibe brand lubricant received with an order placed through the Womanizer amazon.com storefront, addressed and shipped to a

Delaware resident, listing the phone number 1-855-258-6678, which connects to WTC when dialed.

**Defendants' Imports into the United States**

17.    The document attached as Exhibit A-16 is a true and correct copy of an import report for WTU generated by the company Panjiva on October 4, 2019.

18.    The document attached as Exhibit A-17 is a true and correct copy of an import report for WTU, retrieved from https://panjiva.com/Wow-Tech-USA-Ltd/62400925 on October 20, 2019.

19.    The document attached as Exhibit A-18 is a true and correct copy of an import report for WOW Tech GmbH of Germany, retrieved from https://www.importgenius.com/suppliers/wow-tech-gmbh on October 21, 2019.

**Defendants' Managers and Employees' Roles**

20.    The document attached as Exhibit A-19 is a true and correct copy of the WOW Tech Group Career webpage, retrieved from https://wowtech.com/career on August 27, 2019, previously submitted as D.I. 9-6 in this case.

21.    The document attached as Exhibit A-20 is a true and correct copy of Leanne Zahalan's LinkedIn profile, retrieved from https://www.linkedin.com/in/leanne-zahalan-aa29314/ on October 9, 2019.

22.    The document attached as Exhibit A-21 is a true and correct copy of Johannes Plettenberg's LinkedIn profile, previously submitted as D.I. 9-2 in this case, retrieved from https://www.linkedin.com/in/johannes-plettenberg-3abb24aa/ on September 6, 2019.

**USPTO Powers of Attorney and Assignments**

23.     The document attached as Exhibit A-22 is a true and correct copy of the Power of Attorney for United States Patent Application No. 15/302,981, executed by Johannes Graf von Plettenberg on May 2, 2019.

24.     The document attached as Exhibit A-23 is a true and correct copy of the Power of Attorney for United States Patent Application No. 15/965,117, executed by Johannes Graf von Plettenberg on May 2, 2019.

25.     The document attached as Exhibit A-24 is a true and correct copy of the Power of Attorney for United States Patent Application No. 15/965,208, executed by Johannes Graf von Plettenberg on May 7, 2019.

26.     The document attached as Exhibit A-25 is a true and correct copy of search results for patents and patent applications assigned to Novoluto, retrieved from https://assignment.uspto.gov/patent/index.html#/patent/search/result?id=novoluto&type=patAssigneeName on December 4, 2019, listing the patents and patent applications assigned to Novoluto.

27.     The document attached as Exhibit A-26 is a true and correct copy of search results for patents and patent applications assigned to WTC, retrieved from https://assignment.uspto.gov/patent/index.html#/patent/search/result?id=novoluto&type=patAssigneeName on December 4, 2019, listing the patents and patent applications assigned to WTC.

28.     The document attached as Exhibit A-27 is a true and correct copy of search results for patents and patent applications assigned to Standard Innovation Corporation, retrieved from https://assignment.uspto.gov/patent/index.html#/patent/search/result?id=novoluto&type=patAssi

gneeName on December 4, 2019, listing the patents and patent applications assigned to Standard Innovation Corporation.

29.    The document attached as Exhibit A-28 is a true and correct copy of search results for trademarks and trademark applications assigned to Novoluto, retrieved from http://tmsearch.uspto.gov/ on December 4, 2019, listing the trademarks and trademark applications assigned to Novoluto.

30.    The document attached as Exhibit A-29 is a true and correct copy of search results for trademarks and trademark applications assigned to WTC, retrieved from http://tmsearch.uspto.gov/ on December 4, 2019, listing the trademarks and trademark applications assigned to WTC.

**Email Exchanges With Defendants' Counsel Regarding Jurisdictional Discovery**

31.    The document attached as Exhibit A-30 is a true and correct copy of an email sent by counsel for Plaintiff to counsel for Defendants on October 21, 2019, regarding Plaintiff's request for jurisdictional discovery.

32.    The document attached as Exhibit A-31 is a true and correct copy of an email exchange between counsel for Plaintiff and counsel for Defendants regarding Defendants' response to Plaintiff's request for jurisdictional discovery.


I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on December 5, 2019.

*/s/ Tad Richman*

Tad Richman

EXHIBIT A-1

# Delaware

The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF*

*DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND*

*CORRECT COPY OF THE ANNUAL REPORT OF "WOW TECH USA LTD." AS*

*FILED IN THIS OFFICE.*



Jeffrey W. Bullock, Secretary of State

4732409  8200
SR# 20197455612

Authentication: 203755430
Date: 10-09-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| WOW TECH USA LTD. | | | | 2018 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 4732409 | 2009/09/18 | |

**PRINCIPAL PLACE OF BUSINESS**
C/O WOW TECH CANADA, 1130 MORRISON DR, SUITE 330
OTTAWA, ONTARIO K2H9N6
CA

**PHONE NUMBER** 6138286678

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE  19801

**AGENT NUMBER** 9000010

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2009/09/18 | | COMMON | 1,000 | .0000100000 |

| OFFICER        NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| ROSS   MORGAN | C/O WOW TECH CANADA, 1130 MORRISON DR, SUITE 330 OTTAWA, ONTARIO K2H9N6 CA | SECRETARY |

| DIRECTORS       NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|
| JOHANNES   VON PLETTENBERG | C/O WOW TECH EUROPE, FRIEDENSTRASSE 91A BERLIN 10249 DE | |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)
ROSS   MORGAN
C/O WOW TECH CANADA, 1130 MORRISON DR, SUITE 330
OTTAWA, ONTARIO K2H9N6 CA

DATE 2019/02/26    TITLE SECRETARY

EXHIBIT A-2

Court Charlottenburg

Expression                          - Commercial Register Section B -                          HRB 188445 B

---

**Current expression**                                                                    **HRB 188445 B**

Commercial Register Section B

District Court Charlottenburg

**1. Number of previous entries**

5 record (s)

**2.a) Company**

NOVOLUTO GmbH

**b) Registered offices, domestic business address, forwarding transactions, branches**

Berlin

Friedenstraße 91/91 a, 10249 Berlin

**c) The Company**

Acquisition, holding and management and commercialization of intellectual property rights, in particular patents, utility models, trademarks and licenses; provision of consulting, services and management services for other companies; Buying, selling, manufacturing, management and rental of real estate, management and use of capital own assets and carry out all related directly or indirectly related business and entering into investments in such companies. Except for the activities or transactions, a separate permit is required for c to § 34 Industrial Code.

**3. nominal capital**

25,000.00 EUR

**4. a) General regulation of representation**

If a CEO is appointed, he represents the company alone. If more than one managing director is appointed, the company is represented jointly by two managing directors or by one managing director together with an authorized signatory. Sole representation can be granted.

**b) Management board, management body, managing directors, personally liable partners, managing directors, authorized representatives and special powers of representation**

**Executive Director:**

**responsible with the power the company alone complete with the authority legal transactions with themselves as representatives or third parties**

Graf von Plettenberg, Johannes, * 27.11.1980, Berlin

Holst, Florian, * 29.10.1984, Munich

**6. a) Legal form, commencement, statutes or social contract**

Company with limited liability

---

08/15/2019                                                                          Page 1 of 2

- Playback of the current register contents -
Polling from 08.15.2019, 20:01 Local

Court Charlottenburg

Expression                    - Commercial Register Section B -                    HRB 188445 B

___

Association dated: 11/08/2014 Last

Updated: 05/05/2017

**B) Other legal relationships**

**Records concerning company contracts / integrations**

There is a profit with the Womanizer Group Management GmbH, based in Berlin (Charlottenburg District Court, HRB 187548), which the shareholders' meeting by order of

has agreed to 11/12/2017.

**Day 7 of the last entry**

10/12/2018

- Wiedergabe des aktuellen Registerinhalts -
Abruf vom 15.08.2019, 20:01

Amtsgericht Charlottenburg

Ausdruck | - Handelsregister Abteilung B - | HRB 188445 B

---

**Aktueller Ausdruck** **HRB 188445 B**

Handelsregister Abteilung B
Amtsgericht Charlottenburg

**1. Anzahl der bisherigen Eintragungen**
  5 Eintragung(en)

**2.a) Firma**
  NOVOLUTO GmbH

  **b) Sitz, Niederlassung, inländische Geschäftsanschrift, empfangsberechtigte Person, Zweigniederlassungen**
  Berlin

  Friedenstraße 91 / 91 a, 10249 Berlin

  **c) Gegenstand des Unternehmens**
  Erwerb, Halten und Verwalten sowie Vermarktung von gewerblichen Schutzrechten, insbesondere von Patenten, Gebrauchsmustern, Markenrechten und Lizenzen;Erbringung von Beratungs-, Dienst- und Managementleistungen für andere Unternehmen; Kauf, Verkauf, Herstellung, Verwaltung und Vermietung von Immobilien, Verwaltung und Nutzung eigenen Kapitalvermögens und Durchführung aller damit mittelbar oder unmittelbar zusammenhängenden Geschäfte sowie Eingehen von Beteiligungen an solchen Unternehmen. Ausgenommen sind die Tätigkeiten oder Geschäfte, für die nach § 34 c Gewerbeordnung eine gesonderte Erlaubnis erforderlich ist.

**3. Grund- oder Stammkapital**
  25.000,00 EUR

**4.a) Allgemeine Vertretungsregelung**
  Ist ein Geschäftsführer bestellt, so vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft gemeinschaftlich durch zwei Geschäftsführer oder durch einen Geschäftsführer in Gemeinschaft mit einem Prokuristen vertreten.
  Alleinvertretungsbefugnis kann erteilt werden.

  **b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis**

  **Geschäftsführer:**
  **mit der Befugnis die Gesellschaft allein zu vertreten mit der Befugnis Rechtsgeschäfte mit sich selbst oder als Vertreter Dritter abzuschließen**

  Graf von Plettenberg, Johannes, *27.11.1980, Berlin

  Holst, Florian, *29.10.1984, München

**6.a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag**
  Gesellschaft mit beschränkter Haftung

---

15.08.2019 Seite 1 von 2

- Wiedergabe des aktuellen Registerinhalts -
Abruf vom 15.08.2019, 20:01

| | Amtsgericht Charlottenburg | |
|---|---|---|
| Ausdruck | - Handelsregister Abteilung B - | HRB 188445 B |

Gesellschaftsvertrag vom: 11.08.2014

Zuletzt geändert am: 05.05.2017

**b) Sonstige Rechtsverhältnisse**

**Eintragungen betreffend Unternehmensverträge / Eingliederungen**
Es besteht ein Gewinnabführungsvertrag mit der Womanizer Group Management GmbH mit Sitz in Berlin (Amtsgericht Charlottenburg, HRB 187548), dem die Gesellschafterversammlung durch Beschluss vom 11.12.2017 zugestimmt hat.

**7. Tag der letzten Eintragung**
12.10.2018

EXHIBIT A-3



# Government Gouvernement
# of Canada du Canada

Home ➜ Innovation, Science and Economic Development Canada ➜ Corporations Canada

➜  Search for a Federal Corporation

---

## Federal Corporation Information - 1117772-9

<div style="text-align:right">

Buy copies of corporate documents

</div>

> ℹ **Note**
>
> This information is available to the public in accordance with legislation (see Public disclosure of corporate information).

**Corporation Number**
1117772-9

**Business Number (BN)**
857598742RC0003

**Corporate Name**
WOW Tech Canada Ltd.

**Status**
Active

**Governing Legislation**
*Canada Business Corporations Act* - 2019-01-04

## Registered Office Address

330-1130 Morrison Drive
Ottawa ON K2H 9N6
Canada

> ℹ **Note**
>
> Active CBCA corporations are required to update this information within 15 days of any change. A corporation key is required. If you are not authorized to update this

Case 1:19-cv-01227-CBW    Document 29-1    Filed 12/05/19    Page 30 of 172 PageID #: 969

information, you can either contact the corporation or contact <u>Corporations Canada</u>. We will inform the corporation of its <u>reporting obligations</u>.

## Directors

**Minimum**    1
**Maximum**    10

Johannes von Plettenberg
Am Kupfergraben 6a
Berlin
Germany

Frank Ferrari
1226 Batten Trail
Peterborough ON K9K 1Y9
Canada

Dr. Richard Lenz
Am Kupfergraben 6a
Berlin
Germany

>  **Note**
>
> Active CBCA corporations are required to <u>update director information</u> (names, addresses, etc.) within 15 days of any change. A <u>corporation key</u> is required. If you are not authorized to update this information, you can either contact the corporation or contact <u>Corporations Canada</u>. We will inform the corporation of its <u>reporting obligations</u>.

## Annual Filings

**Anniversary Date (MM-DD)**
01-04

**Date of Last Annual Meeting**
Not available

**Annual Filing Period (MM-DD)**
01-04 to 03-05

Case 1:19-cv-01227-GBW - Document 29-1 - Filed 12/05/19 - Page 31 of 172 PageID #: 970

**Type of Corporation**

Not available

**Status of Annual Filings**

2020 - Not due

# Corporate History

## Corporate Name History

| | |
|---|---|
| 2019-01-04 to Present | WOW Tech Canada Ltd. |

### Certificates and Filings

**Certificate of Amalgamation**

2019-01-04

Corporations amalgamated:

- 10546933 10546933 Canada Inc.
- 10824895 Standard Innovation Corporation

Buy copies of corporate documents

Start New Search        Return to Search Results

**Date Modified:**

2019-10-08

EXHIBIT A-4

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 33 of 172 PageID #: 972

| Number of registration | a) Company<br><br>b) Registered offices, domestic Business address, person authorized to receive, branches<br><br>c) The Company | Nominal capital | a) General regulation of representation<br><br>b) Board, managing body, managing directors, personally liable partners, CEOs, authorized representatives and special power of attorney | procuration | a) Legal form, commencement, statutes or social contract<br><br>B) Other legal relationships | a) Date of entry<br><br>b n) Bemerkunge |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a)<br><br>NOVOLUTO GmbH<br><br>b)<br>Berlin<br><br>Business address:<br>Saarbrücker Straße 20 - 21, 10405 Berlin<br><br>c)<br>Acquisition, holding and management and commercialization of intellectual property rights, in particular patents, utility models, trademarks and licenses; provision of consulting, services and<br><br>Management services for other companies; Buying, selling, manufacturing, management and rental of real estate, management and use of capital own assets and<br><br>Implementation of all thus indirectly | 25,000.00 EUR | a)<br>If a CEO is appointed, he represents the company alone. If more than one managing director is appointed, the company is represented jointly by two managing directors or by one managing director together with an authorized signatory.<br><br>Sole representation can be granted.<br><br>b)<br>Executive Director:<br>1.<br>Eichelberger, Andrew, * 21.02.1975, Munich<br><br>responsible with the power the company alone complete with the authority legal transactions with themselves as representatives or third parties<br><br>Executive Director: |  | a) limited liability company<br><br>Association dated:<br>11/08/2014 By resolution of the shareholders' meeting on<br><br>05/05/2017 is the seat of the Company (of Metten Deggendorf District Court, HRB 4133) moved to Berlin and the social contract changed in § 1 (seat) and § 14 (Notices). | a)<br>25/07/2017<br>Horstkotte<br>b) Date of first entry:<br><br>08/20/2014 |

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 34 of 172 PageID #: 973

| Number of registration | a) Company<br>b) Registered offices, domestic Business address, person authorized to receive, branches<br>c) The Company | Nominal capital | a) General regulation of representation<br>b) Board, managing body, managing directors, personally liable partners, CEOs, authorized representatives and special power of attorney | procuration | a) Legal form, commencement, statutes or social contract<br>B) Other legal relationships | a) Date of entry<br>b n) Bemerkunge |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | or immediately related business and entering into investments in such companies. Except for the<br><br>, A separate permit is required activities or transactions for the c according to § 34 Industrial Code. | | 2.<br>Graf von Plettenberg, Johannes,<br>* 27.11.1980, Berlin<br><br>responsible with the power the company alone complete with the authority legal transactions with themselves as representatives or third parties<br><br><br>Executive Director:<br>3.<br>Holst, Florian, * 29.10.1984, Munich<br><br>responsible with the power the company alone complete with the authority legal transactions with themselves as representatives or third parties | | | |
| 2 | b)<br>Business address:<br>On Kupfergraben 6 a, 10117 Berlin | | | | | a)<br>08.02.2017<br>Trittin |

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 35 of 172 PageID #: 974

| Number of registration | a) Company<br><br>b) Registered offices, domestic Business address, person authorized to receive, branches<br><br>c) The Company | Nominal capital | a) General regulation of representation<br><br>b) Board, managing body, managing directors, personally liable partners, CEOs, authorized representatives and special power of attorney | procuration | a) Legal form, commencement, statutes or social contract<br><br>B) Other legal relationships | a) Date of entry<br><br>b n) Bemerkunge |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 3 | | | b)<br>No longer CEO:<br>1. Eichelberger, Andreas | | | a)<br>11.27.2017<br>Vogler |
| 4 | | | | | b) There is a profit transfer agreement with the Womanizer Group Management GmbH with seat in Berlin (district court Charlottenburg, HRB 187548), to which the shareholders' meeting by resolution of 11.12.2017 has approved. | a)<br>08/01/2018<br>Önel |
| 5 | b)<br>Business address:<br>Friedenstraße 91/91 a, 10249 Berlin | | | | | a)<br>10/12/2018<br>Wolff |

| Nummer der Eintragung | a) Firma<br>b) Sitz, Niederlassung, inländische Geschäftsanschrift, empfangsberechtigte Person, Zweigniederlassungen<br>c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung<br>b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag<br>b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung<br>b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a)<br>NOVOLUTO GmbH<br><br>b)<br>Berlin<br><br>Geschäftsanschrift:<br>Saarbrücker Straße 20 - 21, 10405 Berlin<br><br>c)<br>Erwerb, Halten und Verwalten sowie Vermarktung von gewerblichen Schutzrechten, insbesondere von Patenten, Gebrauchsmustern, Markenrechten und Lizenzen;Erbringung von Beratungs-, Dienst- und Managementleistungen für andere Unternehmen; Kauf, Verkauf, Herstellung, Verwaltung und Vermietung von Immobilien, Verwaltung und Nutzung eigenen Kapitalvermögens und Durchführung aller damit mittelbar | 25.000,00 EUR | a)<br>Ist ein Geschäftsführer bestellt, so vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft gemeinschaftlich durch zwei Geschäftsführer oder durch einen Geschäftsführer in Gemeinschaft mit einem Prokuristen vertreten. Alleinvertretungsbefugnis kann erteilt werden.<br><br>b)<br>Geschäftsführer:<br>1.<br>Eichelberger, Andreas, *21.02.1975, München<br><br>mit der Befugnis die Gesellschaft allein zu vertreten<br>mit der Befugnis Rechtsgeschäfte mit sich selbst oder als Vertreter Dritter abzuschließen<br><br>Geschäftsführer: |  | a)<br>Gesellschaft mit beschränkter Haftung<br><br>Gesellschaftsvertrag vom:<br>11.08.2014<br>Durch Beschluss der Gesellschafterversammlung vom 05.05.2017 ist der Sitz der Gesellschaft von Metten (Amtsgericht Deggendorf, HRB 4133) nach Berlin verlegt und der Gesellschaftsvertrag geändert in § 1 (Sitz) und § 14 (Bekanntmachungen). | a)<br>25.07.2017<br>Horstkotte<br>b)<br>Tag der ersten Eintragung:<br>20.08.2014 |

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 36 of 172 PageID #: 975

| Nummer der Eintragung | a) Firma<br>b) Sitz, Niederlassung, inländische Geschäftsanschrift, empfangsberechtigte Person, Zweigniederlassungen<br>c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung<br>b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag<br>b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung<br>b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|  | oder unmittelbar zusammenhängenden Geschäfte sowie Eingehen von Beteiligungen an solchen Unternehmen. Ausgenommen sind die Tätigkeiten oder Geschäfte, für die nach § 34 c Gewerbeordnung eine gesonderte Erlaubnis erforderlich ist. |  | 2.<br>Graf von Plettenberg, Johannes, *27.11.1980, Berlin<br><br>mit der Befugnis die Gesellschaft allein zu vertreten<br>mit der Befugnis Rechtsgeschäfte mit sich selbst oder als Vertreter Dritter abzuschließen<br><br>Geschäftsführer:<br>3.<br>Holst, Florian, *29.10.1984, München<br><br>mit der Befugnis die Gesellschaft allein zu vertreten<br>mit der Befugnis Rechtsgeschäfte mit sich selbst oder als Vertreter Dritter abzuschließen |  |  |  |
| 2 | b)<br>Geschäftsanschrift:<br>Am Kupfergraben 6 a, 10117 Berlin |  |  |  |  | a)<br>02.08.2017<br>Trittin |

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 37 of 172 PageID #: 976

| Nummer der Eintragung | a) Firma<br>b) Sitz, Niederlassung, inländische Geschäftsanschrift, empfangsberechtigte Person, Zweigniederlassungen<br>c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung<br>b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag<br>b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung<br>b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 3 | | | b)<br>Nicht mehr Geschäftsführer:<br>1. Eichelberger, Andreas | | | a)<br>27.11.2017<br>Vogler |
| 4 | | | | | b)<br>Es besteht ein Gewinnabführungsvertrag mit der Womanizer Group Management GmbH mit Sitz in Berlin (Amtsgericht Charlottenburg, HRB 187548), dem die Gesellschafterversammlung durch Beschluss vom 11.12.2017 zugestimmt hat. | a)<br>08.01.2018<br>Önel |
| 5 | b)<br>Geschäftsanschrift:<br>Friedenstraße 91 / 91 a, 10249 Berlin | | | | | a)<br>12.10.2018<br>Wolff |

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 38 of 172 PageID #: 977

EXHIBIT A-5



# Invoice

**WOW Tech USA Ltd**
103 Foulk Rd Ste 202
Wilmington DE 19803-3742
United States
Tax ID # 46-0525490

Phone # (613) 828-6678
Commercial Reg # 60370289

| | |
|---|---|
| Date | |
| Invoice # | |
| | |
| Terms | 30 days, net |
| Due Date | |
| PO # | |
| Currency | USD |
| Created From | Sales Order # |
| Delivery Terms | |

**Bill To**

United States

**Ship To**

United States

**Remit To Address**
WOW Tech Canada Ltd.
#330-1130 Morrison Drive
Ottawa ON K2H 9N6
Canada

| Part Number | EAN Number | Display Name | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|

Subtotal
Shipping Cost (BLUE GRACE LOGISTICS)
Total
Amount Due

EXHIBIT A-6

 Gmail

## Your We-Vibe order confirmation

**We-Vibe** <care@we-vibe.com>                                                    Thu, Oct 10, 2019 at 4:27 PM



Thank you for your order from We-Vibe. Once your package ships we will send an email with a link to track your order. If you have questions about your order, you can email us at care@we-vibe.com.

# Your Order #9000017138

Placed on Oct 10, 2019, 10:27:14 PM

### Billing Info

Hockessin, Delaware, 19707
United States
T: 3022876978

### Shipping Info

Hockessin, Delaware, 19707
United States
T: 3022876978

### Payment Method

CyberSource

### Shipping Method

Fedex Ground

| Items | Qty | Price |
|---|---|---|
| **Melt by We-Vibe**<br>SKU: SNELSG3 | 1 | $149.00 |
| | Subtotal | $149.00 |
| | Shipping & Handling | $0.00 |
| | **Grand Total** | **$149.00** |

Wow Tech USA Ltd
1130 Morrison Drive
Ottawa, ON K2H 9N6
Canada.
613-828-6678

www.womanizer.com
www.we-vibe.com

LEGAL - PRIVACY POLICY

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 43 of 172 PageID #: 982

EXHIBIT A-7

 **Gmail**

## Your Womanizer order confirmation

**Womanizer** <care@womanizer.com>                              Thu, Oct 10, 2019 at 4:29 PM



Thank you for your order from WowTech US Ltd. proud manufacturers of the We-Vibe and Womanizer brands. Once your package ships we will send you a tracking number.

If you have questions about your order you can contact us  here.

# Your Order #8000012396

Placed on October 10, 2019 at 10:29:14 PM GMT+2

## Billing Info

Hockessin, Delaware, 19707
United States
T: 3022876978

## Payment Method

Credit Card
Payment reference:

## Shipping Info

Hockessin, Delaware, 19707
United States
T: 3022876978

## Shipping Method

Fedex Ground

| Items | Qty | Price |
|---|---|---|
| **Womanizer™ Classic**<br>SKU: WZ08HB0100 | 1 | $129.00 |
| | Subtotal | $129.00 |
| | Shipping & Handling | $0.00 |
| | **Grand Total** | **$129.00** |

Wow Tech USA Ltd
1130 Morrison Drive
Ottawa, ON K2H 9N6

www.womanizer.com
www.we-vibe.com

Case 1:19-cv-01227-GBW    Document 29-1    Filed 12/05/19    Page 46 of 172 PageID #: 985

Canada.
613-828-6678

TERMS & CONDITIONS - SHIPPING - PRIVACY POLICY

EXHIBIT A-8

Case 1:19-cv-01227-GBW   Document 9-1   Filed 09/09/19   Page 26 of 52   PageID #: 356

Case 1:19-cv-01227-LPS   Document 29-1   Filed 12/05/19   Page 48 of 172 PageID #: 987



# Shipping / Delivery

**Discrete Shipping**

Packaged in plain boxes with a discreet label, orders are shipped and billed from "WOW Tech USA ltd."

**Shipping Policies**

WOW Tech USA ltd. delivers within the USA. WOW Tech USA ltd. will use commercially reasonable efforts to deliver any ordered product as quickly as possible and within any time periods indicated. However, you acknowledge and agree that WOW Tech USA ltd. will not be held responsible for any delays in shipping or delivery.

**Shipping Costs**

WOW Tech USA ltd. offers free shipping throughout the Continental USA on orders over $50.00.

**Delivery Times**

All goods that are available in our warehouse, are placed after payment is made and shipped within 1-2 days of placing your order.

Of course, we always strive to keep all products in stock for you. It may happen that there will be shortages, and in such cases, we will contact you via e-mail.

EXHIBIT A-9

ORIGIN ID:TOAA   (310) 627-3284
STEPHANIE AVALOS
KWE ON BEHALF OF SIC
18450 S WILMINGTON AVE

RANCHO DOMINGUEZ, CA 90220
UNITED STATES US

TO

**HOCKESSIN DE 197071216**
REF: 2000529196

PO: 50112244

RT 429
ST 41

7
20:00

MON – 14 OCT
STANDARD OVER
NSR RE

TRK# 1230 3652 6914
0201

F

EXHIBIT A-10



FROM:                    (310) 627-3284
STEPHANIE AVALOS
KWE ON BEHALF OF SIC
18450 S WILMINGTON AVE

RANCHO DOMINGUEZ CA 90220
US

SHIP DATE: 110
ACTWGT: 1.00 L
CAD: 0454834/C

BILL SENDER

TO

**HOCKESSIN DE 19707**
REF: 2000529189

PO: 50112218

TRK# 1230 3652 7428

EXHIBIT A-11



FROM:                (310) 627-3284
STEPHANIE AVALOS
KWE ON BEHALF OF SIC
18450 S WILMINGTON AVE

RANCHO DOMINGUEZ CA 90220
US

TO

SHIP
ACTV
CAD

BI

**HOCKESSIN DE 19707**

REF: 2000529191

PO: 50112220

TRK# **1230 3652 6844**

EXHIBIT A-12

# Packing List

**STANDARD INNOVATION CORPORATION**

18450 S. Wilmington Ave.
Rancho Dominguez, CA, 90220, UNITED STATES

**Shipping Order No.:** 2000529189
**Shipment Order Date:** 10/10/2019

**Ship To:**

███████████████████

Hockessin, DE, 19707, UNITED STATES

| **SHIP VIA:** | FedExGroundHomeDelivery | **REF NO:** 50112218 |
|---|---|---|
| **PRO NO.:** | | **PO NO.:** |
| **Req Ship Date:** | 10/10/2019 | **Packing Slip No.:** |

| Commodity | Description: | Quantity | # of CTN | Volume | G/W |
|---|---|---|---|---|---|
| SNELSG3 | MELT BY WE-VIBE | 1 | 1 | 0.0668 CFT | 1.20 LB |
| **Notes** | Total | 1 | 1 | 0.0668 CFT | 1.20 LB |

EXHIBIT A-13

Page 1 of 1
11/10/2019 08:04:27

# Packing List

**STANDARD INNOVATION CORPORATION**

18450 S. Wilmington Ave.
Rancho Dominguez, CA, 90220, UNITED STATES

**Shipping Order No.:** 2000529191
**Shipment Order Date:** 10/10/2019

**Ship To:**

Hockessin, DE, 19707, UNITED STATES

| | | | | | | |
|---|---|---|---|---|---|---|
| **SHIP VIA:** | FedExGroundHomeDelivery | | **REF NO:** 50112220 | | | |
| **PRO NO.:** | | | **PO NO.:** | | | |
| **Req Ship Date:** | 10/10/2019 | | **Packing Slip No.:** | | | |

| Commodity | Description: | Quantity | # of CTN | Volume | G/W |
|---|---|---|---|---|---|
| WZ08HB0100 | W-CLASSIC PURPLE | 1 | 1 | 0.1205 CFT | 1.25 LB |
| **Notes** | Total | 1 | 1 | 0.1205 CFT | 1.25 LB |

EXHIBIT A-14

# Packing List

**STANDARD INNOVATION CORPORATION**
18450 S. Wilmington Ave.
Rancho Dominguez, CA, 90220, UNITED STATES

**Shipping Order No.:** 2000529196
**Shipment Order Date:** 10/11/2019

**Ship To:**

HOCKESSIN, DE, 197071216, UNITED STATES

| | | |
|---|---|---|
| **SHIP VIA:** | FedExExpressStandardOvernightUS | **REF NO:** 50112244 |
| **PRO NO.:** | | **PO NO.:** |
| **Req Ship Date:** | 10/10/2019 | **Packing Slip No.:** |

| Commodity | Description: | Quantity | # of CTN | Volume | G/W |
|---|---|---|---|---|---|
| WZ15CL0100 | STARLET 2 CORAL | 1 | 1 | 0.0414 CFT | 0.50 LB |
| H00491 | WE--VIBE LUBE BOTTLE 30ML | 1 | 1 | 0.0039 CFT | 0.09 LB |
| **Notes** | | Total 2 | 2 | 0.0453 CFT | 0.59 LB |

EXHIBIT A-15



We-Vibe® Lube

Water-based
Personal Lubricant

Lubrifiant à base d'eau

— by —



**Made in Germany**

℮ 30 ml/1.02 fl.oz (US)



Avertissements et mises en garde : En cas de gêne ou d'irritation, cesser l'utilisation de ce produit et consulter un médecin. Ne pas utiliser si la peau présente des signes d'infection ou d'irritation. Il ne s'agit pas d'un moyen de contraception. Il ne contient pas de spermicide. Tenir hors de la portée des enfants. Éviter tout contact avec les yeux. Risque de chute en cas de projection sur les surfaces. Nettoyer immédiatement toute éclaboussure. Utiliser avec prudence dans le bain et sous la douche.

## Not for Individual Sale
## Echantillon non destiné à la vente

**Ingredients / Ingrédients :** Aqua (Water), Glycerin, Xanthan Gum, Benzyl Alcohol, Sodium Benzoate, Potassium Sorbate, Citric Acid.

We-Vibe is a trademark of Standard Innovation® Corporation, used under license. We-Vibe est une marque déposée de Standard Innovation® Corporation, utilisée sous licence.

**Manufactured for:** pjur®group Luxembourg S.A. 87, Esplanade de la Moselle · L-6637 Wasserbillig Phone +352 74 8989 · pjur.com

**USA & Canada distributor:** Standard Innovation® Corporation Phone 1-855-258-6678 · we-vibe.com

EXHIBIT A-16

# panjiva

Panjiva, Inc.

support@panjiva.com

https://panjiva.com

The exported data is available on the subsequent spreadsheet tab(s).

For assistance, please contact your Panjiva sales representative.

This file was generated at 02:06 PM on 10/04/2019

| Date | Matching Fields | Consignee | Consignee Full Address | Consignee Email 1 | Consignee Phone 1 |
|---|---|---|---|---|---|
| 2019-09-14 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-09-13 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-08-23 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-08-15 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-08-08 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-08-06 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-07-18 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-07-06 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-06-13 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-05-24 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-05-03 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-03-30 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |
| 2019-02-15 | | Wow Tech Usa Ltd. | 410 Foulk Rd #102, Wilmington, DE 19803, USA | | |

| Consignee Website 1 | Consignee Profile | Consignee Trade Roles | Shipper |
|---|---|---|---|
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Pjur Group North America Inc. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Harvest Way Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Harvest Way Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Wow Tech Canada Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Wow Tech Canada Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Harvest Way Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Harvest Way Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Pjur Group Luxembourg Sa |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Wow Tech Canada Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Wow Tech Canada Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Wow Tech Canada Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Wow Tech Canada Ltd. |
| | https://panjiva.com/Wow-Tech-USA-Ltd/62400925 | | Harvest Way Ltd. |

| Shipper Full Address | Shipper Email 1 | Shipper Phone 1 | Shipper Website 1 |
|---|---|---|---|
| 1375 Broadway, New York, NY 10018, USA | | | |
| Spectrum Tower, 53 Hung To Road, Kwun Tong, Hong Kong | | +852 2341 0383 | |
| Spectrum Tower, 53 Hung To Road, Kwun Tong, Hong Kong | | +852 2341 0383 | |
| Yantian, Shenzhen, Guangdong, China | | | |
| Yantian, Shenzhen, Guangdong, China | | | |
| Spectrum Tower, 53 Hung To Road, Kwun Tong, Hong Kong | | +852 2341 0383 | |
| Spectrum Tower, 53 Hung To Road, Kwun Tong, Hong Kong | | +852 2341 0383 | |
| 44 Esplanade de la Moselle, Wasserbillig, Luxembourg | | | |
| Yantian, Shenzhen, Guangdong, China | | | |
| Yantian, Shenzhen, Guangdong, China | | | |
| Yantian, Shenzhen, Guangdong, China | | | |
| Yantian, Shenzhen, Guangdong, China | | | |
| Spectrum Tower, 53 Hung To Road, Kwun Tong, Hong Kong | | +852 2341 0383 | |

| Shipper Profile | Shipper Trade Roles | Shipment Origin | Shipment Destination | Transport Method |
|---|---|---|---|---|
| https://panjiva.com/Pjur-Group-North-America-Inc/69386642 | | United States | United States | Maritime |
| https://panjiva.com/Harvest-Way-Ltd/2687959 | Wholesale | Hong Kong | United States | Maritime |
| https://panjiva.com/Harvest-Way-Ltd/2687959 | Wholesale | Hong Kong | United States | Maritime |
| https://panjiva.com/Wow-Tech-Canada-Ltd/62913072 | Logistics | China | United States | Maritime |
| https://panjiva.com/Wow-Tech-Canada-Ltd/62913072 | Logistics | China | United States | Maritime |
| https://panjiva.com/Harvest-Way-Ltd/2687959 | Wholesale | Hong Kong | United States | Maritime |
| https://panjiva.com/Harvest-Way-Ltd/2687959 | Wholesale | Hong Kong | United States | Maritime |
| https://panjiva.com/Pjur-Group-Luxembourg-SA/40387973 | Manufacturer | Luxembourg | United States | Maritime |
| https://panjiva.com/Wow-Tech-Canada-Ltd/62913072 | Logistics | China | United States | Maritime |
| https://panjiva.com/Wow-Tech-Canada-Ltd/62913072 | Logistics | China | United States | Maritime |
| https://panjiva.com/Wow-Tech-Canada-Ltd/62913072 | Logistics | China | United States | Maritime |
| https://panjiva.com/Wow-Tech-Canada-Ltd/62913072 | Logistics | China | United States | Maritime |
| https://panjiva.com/Harvest-Way-Ltd/2687959 | Wholesale | Hong Kong | United States | Maritime |

| HS Code |
| --- |
| 3304.91.00.50 3304.99.50.00 |
| 9019.10 |
| 9019.10 |
| 8713.90 |
| 8713.90 |
| 9019.10 |
| 9019.10 |
| 2710.19 |
| 9503.00 |
| 8527.21 |
| 9503.00 |
| 9503.00 |
| 9019.10 |

| Goods Shipped |
|---|
| OF COSMETIC ITEMS AND BODYGLIDE PRODUCTS LOADED ON 14 PALLETS INVOICE 3930-2674 SEA HS CODE 3304995000 3304910050 |
| MASSAGER ( LITHIUM BATTERIES) |
| MASSAGER ( LITHIUM BATTERIES) |
| RAVE BY WE-VIBE PURPLE PIVOT BY WE-VIBE BLUE BLOOM BY WE-VIBE CORAL UNITE 2. 0 PURPLE MATCH RETAIL KIT PERIWINKLE PIVOT E |
| ANNIVERSARY COLLECTION VERGE BY WE-VIBE SLATE TOUCH BY WE-VIBE PURPLE TANGO BY WE-VIBE PINK TANGO BY WE-VIBE BLUE SY |
| MASSAGER (INCLUDED LITHIUM BATTERIES) |
| MASSAGER (INCLUDED LITHIUM BATTERIES) |
| LUBRICANTS |
| MATCH PERIWINKLE UNITE 2. 0 PURPLE ANNIVERSARY COLLECTION VERGE BY WE-VIBE SLATE DITTO BY WE-VIBE BLUE UNITE 2. 0 RETAIL |
| SYNC PURPLE SYNC AQUA TOUCH BY WE-VIBE PURPLE TANGO BY WE-VIBE PINK NOVA BY WE-VIBE PINK WISH BLUE BLOOM BY WE-VIBE C |
| MATCH PERIWINKLE DITTO BY WE-VIBE BLUE JIVE BY WE-VIBE BLUE NOVA BY WE-VIBE PINK PIVOT BY WE-VIBE BLUE SYNC AQUA ANNIVEF |
| SYNC AQUA MATCH PERIWINKLE TEASE & PLEASE COLLECTION (PREMIUM) BLOOM BY WE-VIBE CORAL DITTO BY WE-VIBE BLUE DITTO BY V |
| MASSAGER ( LITHIUM BATTERIES) |

| Weight (KG) | Data Source |
| --- | --- |
| 7421 | US Imports |
| 3871 | US Imports |
| 6151 | US Imports |
| 2991 | US Imports |
| 3435 | US Imports |
| 3423 | US Imports |
| 3482 | US Imports |
| 15070 | US Imports |
| 6251 | US Imports |
| 7478 | US Imports |
| 7379 | US Imports |
| 6296 | US Imports |
| 6517 | US Imports |

EXHIBIT A-17

Panjiva
MENU

- Panjiva
- Solutions
- Products
- Data
- Pricing
- S&P Global
- Search
- En
- DemoRequest a Demo
- Sign in

Supply Chain Intelligence about:

# Wow Tech USA Ltd.

Company profile 🇺🇸 United States

**See Wow Tech USA Ltd.'s products and suppliers**

Thousands of companies like you use Panjiva to research suppliers and competitors.

Sign Up 1 min video

## Easy access to trade data

### U.S. Customs records organized by company

17 U.S. shipments available for Wow Tech USA Ltd., updated weekly since 2007

| Date | Buyer | Supplier | Details | 42 more fields |
|---|---|---|---|---|
| 2019-10-10 | Wow Tech USA Ltd. | Wow Tech Canada Ltd. | MASSAGER ( LITHIUM BATTERIES) | Bill of lading |
| 2019-10-07 | Wow Tech USA Ltd. | Harvest Way Ltd. | MASSAGER | Bill of lading |
| 2019-10-04 | Wow Tech USA Ltd. | Harvest Way Ltd. | MASSAGER ( LITHIUM BATTERIES) | Bill of lading |

Shipment data shows what products a company is trading and more. Learn more

## Explore trading relationships hidden in supply chain data

### Supply chain map



[See all 3 suppliers of Wow Tech USA Ltd.](#)

## Contact information for Wow Tech USA Ltd.

### Address
102 FOULK RD 202 WILMINGTON DE 19803 US

### Top products

1. [massager](#)
2. [vibe](#)
3. [lubricants](#)
4. [cosmetic](#)
5. [slate](#)

### Top HS Codes

1. [HS 90 - Optical, photographic, cinematographic, measuring, checking, medical or surgical instruments and apparatus; parts and accessories](#)
2. [HS 95 - Toys, games and sports requisites; parts and accessories thereof](#)
3. [HS 33 - Essential oils and resinoids; perfumery, cosmetic or toilet preparations](#)
4. [HS 87 - Vehicles; other than railway or tramway rolling stock, and parts and accessories thereof](#)

5. HS 27 - Mineral fuels, mineral oils and products of their distillation; bituminous substances; mineral waxes

See more goods shipped on Panjiva

## Sample Bill of Lading

**17 shipment records available**

Date
2019-10-10
Shipper Name
Wow Tech Canada Ltd
Shipper Address
Bonded Logistics No 15 Mingzhu Rd Yantian District Shenzhen Cn
Consignee Name
Wow Tech Usa Ltd.
Consignee Address
102 FOULK RD 202 WILMINGTON DE 19803 US
Weight
5691
Weight Unit
KG
Weight in KG
5691.0
Quantity
1094
Quantity Unit
CTN
Country of Origin
China
Details
5,691.0 kg
From port: Yantian, China
To port: The Port of Los Angeles, Los Angeles, California
Place of Receipt
Yantian
Foreign Port of Lading
Yantian, China
U.S. Port of Unlading
The Port of Los Angeles, Los Angeles, California
U.S. Destination Port
The Port of Los Angeles, Los Angeles, California
Commodity
MASSAGER ( LITHIUM BATTERIES)
Container
TLLU6138328
Marks Description
SNJVRG5
Carrier Name
KINTETSU WORLD EXPRESS INC

Vessel Name
EXPRESS ROME
Voyage Number
016E
Bill of Lading Number
KWEO511140001746
Master Bill of Lading Number
ONEYHKGVJ7670400
HTS Codes
HTS 9019.10

| Buyers of similar products | Suppliers of similar products | Buyers similar to Wow Tech USA Ltd. |
|---|---|---|
| • cosmetic buyers<br>• lithium batteries buyers<br>• lubricants buyers<br>• massager buyers<br>• slate buyers<br>• vibe buyers | • cosmetic manufacturers<br>• lithium batteries manufacturers<br>• lubricants manufacturers<br>• massager manufacturers<br>• slate manufacturers<br>• vibe manufacturers | • Kingtec Group USA Inc.<br>• Bag Ladies Tea<br>• Cmg San Diego A Division Of Great<br>• Triple Play Sevice<br>• Transatlantic Ocean Competency<br>• Case Logic (Niw) |

**Thousands of companies use Panjiva to research suppliers and competitors**

Sign Up

- Solutions
- Buyers
- Suppliers
- Logistics
- Governments
- Analysts

- Products
- Panjiva Platform
- Market Intelligence Platform
- Xpressfeed™
- Technology

- Data
- United States
- Brazil
- Central & South America
- India
- Philippines
- Sri Lanka
- Panjiva Research

- Company
- Blog
- Press
- Contact

Case 1:19-cv-01227-GBW     Document 29-1     Filed 12/05/19     Page 78 of 172 PageID #: 1017

- Jobs

55 Water Street, 42nd Floor
New York, NY 10004

Request a demo

- **English**
- Español
- 中文

- Terms of Use
- Privacy Policy
- Sitemap

© 2019 Panjiva, Inc.

EXHIBIT A-18

 **ImportGenius**

Login     Sign up

How it works     Pricing     Contact us

# Wow Tech Gmbh

Wow Tech Gmbh exports to Nps Usa from Germany through the port of Los Angeles, California

📞 Call 855-374-1199

Import Genius bill of lading data reveals the trading activities of Wow Tech Gmbh and millions of other suppliers.

**Sign up**

**Explore**

### WOW TECH GMBH RECORDS

GET A COMPLETE SUPPLIER HISTORY
**UPDATED:** 2019-03-03

OVERVIEW     SHIPMENTS     IMPORTERS     ABOUT

TOTAL SHIPMENTS

**1**

1M   3M   6M   1Y   3Y   **ALL**

📅 2006-11-01 - 2019-10-06

TOTAL SHIPMENTS FROM 2006-11-01 TO 2019-10-06

Sign up to view full profile of **Wow Tech Gmbh**     ✕



Precise data and chart data points are only available to paid subscribers

● Supplier Shipments

### TOP TRADING PARTNERS

LEGEND

● NPS USA

### TOP PORTS

● LOS ANGELES, CALIFORNIA

More data available to paid subscribers

**SAMPLE SHIPMENT FROM WOW TECH GMBH**

Sign up to view full profile of  **Wow Tech Gmbh**                                ✕

Case 1:19-cv-01227-GBW          Document 20-1    Filed 12/05/19    Page 82 of 172 PageID #:
1021

PRODUCT      TRANSIT      COMPANY

SUPPLIER

**WOW TECH GMBH**

📍 FRIEDENSTRASSE 91A, 10249 BERLIN, DEUTSCHLAND

IMPORTER

**NPS USA**

📍 103 FOULK RD, WILMINGTON, DE 19803, UNITED STATES



● Supplier
● Importer

Map accuracy may vary

More data available to paid subscribers

## Get email alerts when this company has new activities.

**Follow this company**

Sign up to view full profile of  **Wow Tech Gmbh**                                            ✕

10/21/2019, Wow Tech Gmbh of Germany, Get a Complete Supplier History

# Related companies to Wow Tech Gmbh

## Ready to get started?

Sign up or get in touch with us today. Our Customer Care Team members are expert users of Import Genius and are ready to help maximize your experience.

Sign up          Request a demo



6901 E Pima Center Pkwy, Suite 105 Scottsdale, AZ 85258

### PRODUCT

How it works

Pricing

Search

Tradebase

### COMPANY

Contact us

Blog

### RESOURCES

Terms of Service

### CONTACT

Sales: 855-374-1199

Sign up to view full profile of  **Wow Tech Gmbh**                              ✕



FOLLOW US

English  中文  Français  한국말

© 2019 Trade Data Services, Inc.

Sign up to view full profile of  Wow Tech Gmbh    ✕

EXHIBIT A-19

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 86 of 172 PageID #: 1025

Case 1:19-cv-01227-LPS Document 9-1 Filed 05/09/19 Page 31 of 527 PageID #: 361



(https://wowtech.com)

# Career

Home (https://wowtech.com) > Career



**Career**

# Join our team of dedicated and creative professionals.

Case 1:19-cv-01227-GBW    Document 29-1    Filed 12/05/19    Page 87 of 172 PageID #: 1026

Case 1:19-cv-01227-LPS    Document 9-1    Filed 09/09/19    Page 329 of 527 PageID #: 362

Every day, we work with products that make people happy — really, really happy. At most companies, you can't say that.

---

$+$ Jobs in Germany

$-$ Jobs in North America

---

Production Manager, Creative

Location: Ottawa, Ontario, CanadaDepartment: Product Development

Type: Full TimeMin. Experience: Experienced

+ View details

**WOW Tech Canada** is a member of the WOW Tech Group of companies, one of the world's leading companies in the adult toy market. With our innovative and high-quality brands **Womanizer®** and **We-Vibe®** we delight millions of customers and help them to have a more fulfilling sex life. WOW Tech Group brands We-Vibe® and Womanizer® are available at thousands of retail locations in over 60 countries around the world.

**Why work with us:**

- We offer competitive salaries along with great benefits:
  - Company paid health, dental, life and long term disability insurance plans
  - Company matching contributions to RRSP
  - $150/year toward fitness activities
- We're a small, fun team of professionals that are passionate about developing innovative products and being a leader in our industry

Our Product Development team in Ottawa, has an immediate opening for a **Creative Production Manager** to manage the development of product packaging, user manuals and support material.  The Creative Production Manager will also support Marketing in the development of merchandising programs, tools and plans for all brands and products within the North American region.

**Responsibilities:**

- Lead and manage the design, creation and production of all product packaging

case 1:19-cv-01227-LPS   Document 9-1   Filed 05/09/19   Page 33 of 527 PageID #: 1027

- Lead and manage the creation of all online and print user manuals

- Manage translation of assets

- Manage external suppliers ie Illustrators, Renderers, Designers, Writers and Production, Translation, and Printers to ensure high quality work and deadlines are met.

- Experience and understanding of the prepress and print process, quality checks prototypes, colour proofs for packaging, user manuals and merchandising materials. Attend press checks when necessary.

- Creating work-back schedule for packaging and manuals, ensuring the team stays on target and delivery timelines are met. Identifying potential issues and recommending solutions

- Managing the production of print materials for product launches and marketing campaigns including:

    - Estimating and budgeting

    - Requests for quote (RFQ)

    - Vendor selection and management

    - Statements of work (SOW)

    - Implementation and development of production strategies including scheduling

    - Reporting and measurement of output

    - Documenting best practices

    - Gathering feedback to evaluate program effectiveness

- Managing and overseeing the work of the Production Coordinator

- Working with North American Marketing and Business Development teams to help implement merchandising programs, tools and plans for all brands and products within the region, to support sales, marketing and retailer programs

- Measuring results/effects of campaigns and merchandising tools and adjust as necessary

- Overseeing the workload of team and managing resource allocation of team members and suppliers

- Other related duties;

**Your Qualifications:**

- 5 years of experience in a production management role managing projects in a creative agency or production environment

- Degree or Diploma in marketing, communications, advertising, design or a related creative discipline; project management education/certification an asset

Case 1:19-cv-01227-LPS   Document 9-1   Filed 05/09/19   Page 34 of 527 PageID #: 364

- Highly organized and deadline oriented with solid project management skills and experience building project plans for marketing initiatives
- Experience managing print projects
- Excellent written and verbal communication skills
- Resourceful and solution oriented
- Highly detail oriented with an eye for creative details
- Proficient in Microsoft Suite programs: Word, PowerPoint and Excel.
- Proficient in Adobe Illustrator, InDesign and Photoshop.
- Team player with great interpersonal skills and the ability to coach and teach

If you're an organized, fun and creative production professional,  send us your resume - we'd love to hear from you! To learn more about WOW Tech Group and our brands, visit wowtech.com (http://wowtech.com).

At WOW Tech Group we are committed to fostering an inclusive, barrier-free and accessible environment. Part of this commitment includes arranging accommodations due to disability to ensure an equal opportunity to participate in our recruitment and selection process. If you require an accommodation, please notify your Recruiter once you have been selected for an interview.

Please note: the final stage of our recruitment process includes completion of employment reference checks and a criminal record check.

| Apply Now |

Share Job (http://app.jazz.co/app/share/D3lpAGjyNU)

- Hide details

Warehouse and Inventory Specialist, North America
Location: Ottawa, Ontario, CanadaDepartment: Operations

Type: Full TimeMin. Experience: Mid Level

+ View details

**WOW Tech Canada** is a member of the WOW Tech Group of companies, one of the world's leading companies in the adult toy market. With our innovative and high-quality brands **Womanizer®** and **We-Vibe®** we delight millions of customers and help them to have a more fulfilling sex life. WOW Tech Group brands We-Vibe® and Womanizer® are available at thousands of retail locations in over 60 countries around the world.

**Why work with us:**

- We offer competitive salaries along with great benefits:

- - Company paid health, dental, life and long term disability insurance plans
  - Company matching contributions to RRSP
  - $150/year toward fitness activities
- We're a small, fun team of professionals that are passionate about developing innovative products and being a leader in our industry

Our North American Operations team, in Ottawa, has an opening for a **Warehouse and Inventory Specialist** to be responsible for ensuring the accuracy and movement of all inventory and efficient execution of all third-party warehouse functions in the United States and Canada. The incumbent proactively manages our 3PL partners located in Los Angeles and Ottawa to ensure all business service levels are consistently met and that all internal customers' requirements and issues are addressed.

**RESPONSIBILITIES:**

- Ensures that all inbound shipments are processed by the respective warehouse in a timely and accurate fashion
- Ensures that all outbound customer shipments are executed on time and as requested by the respective warehouse, or collected by the nominated freight forwarding partner
- Directs warehouses in regard to all movements and transactions of goods.
- Responsible for all transactions associated with receipts, shipments, movements, transfers, and stock adjustments in our business system.
- Defines and drives all warehouse rework, sorting, and customization activities that need to be performed in warehouses or in transit.
- Receives and drives all requests through the warehouses for creation and timely shipment of Amazon or Webshop specific product
- Arrange outbound movement of inter-company goods between United States and Canada in support of Operations, Sales, Engineering or Marketing needs.
- Communicates order status, serial number enquiries, tracking information with internal and external customers
- Responsible for the logistics aspects of all incoming and outgoing North American returned product (RMA's) working closely with Customer & Partner Care team.
- Responsible for all courier package shipping support for the North American functional departments and customs documentation as required.
- Proactively monitors all warehouse performance results to ensure internal KPIs are being met. Addresses issues with warehouses proactively and quickly.
- Assist in packaging product when required

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 91 of 172 PageID #: 1030

- Other related duties

**YOUR QUALIFICATIONS:**

- Post secondary education in materials management, logistics or a related discipline
- 5 years' experience in a warehouse or inventory management role, including experience managing warehouses or 3rd party managed inventory partners, preferably within a small to medium sized manufacturing organization.
- Familiarity with freight forwarding partners, activities and processes
- Familiarity with customs imports/exports and the Harmonized Tariff System.
- A proactive individual with solid problem-solving skills
- Highly organized with strong planning and time management skills
- Excellent communication skills; written and verbal
- Proficient with Microsoft Office 365 and Office Suite (Word, PP, Excel) and experience using ERP systems (ideally NetSuite)
- Strong interpersonal skills; flexible, team player with a strong customer focus and can-do attitude

If you are a driven, organized, and customer-oriented warehousing and inventory management professional,  send us your resume - we'd love to hear from you! To learn more about WOW Tech Group and our brands, visit wowtech.com (http://wowtech.com).

At WOW Tech Group we are committed to fostering an inclusive, barrier-free and accessible environment. Part of this commitment includes arranging accommodations due to disability to ensure an equal opportunity to participate in our recruitment and selection process. If you require an accommodation, please notify your Recruiter once you have been selected for an interview.

Please note: the final stage of our recruitment process includes completion of employment reference checks and a criminal record check.

<div style="border:1px solid #000; display:inline-block; padding:1em 2em;">

**Apply Now**

</div>

Share Job (http://app.jazz.co/app/share/hYY4YUUwix)

- Hide details

eCommerce Channel Specialist - Amazon

Location: Ottawa, Ontario, CanadaDepartment: eCommerce

Type: Full TimeMin. Experience: Mid Level

+ View details

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 92 of 172 PageID #: 1031

**WOW Tech Canada** is a member of the WOW Tech Group of companies, one of the world's leading companies in the adult toy market. With our innovative and high-quality brands **Womanizer®** and **We-Vibe®** we delight millions of customers and help them to have a more fulfilling sex life. WOW Tech Group brands We-Vibe® and Womanizer® are available at thousands of retail locations in over 60 countries around the world.

**Why work with us:**

- We offer competitive salaries along with great benefits:
  - Company paid health, dental, life and long term disability insurance plans
  - Company matching contributions to RRSP
  - $150/year toward fitness activities
- We're a small, fun team of professionals that are passionate about developing innovative products and being a leader in our industry

Our North American eCommerce, based in Ottawa, has an immediate opening for an eCommerce Channel Specialist to be responsible for helping drive growth and reach financial goals for our direct-to-consumer channel by undertaking day-to-day activities on the North American Amazon marketplaces for all WOW Tech brands – Womanizer, We-Vibe and Pjur.

**Responsibilities:**

- Administer Amazon marketplace activities for all WOW Tech brands (Womanizer, We-Vibe, Pjur etc.)
- Create, manage and optimize listings
- Content management on Amazon.com / Amazon.ca
- Identify product, service or marketplace issues and resolve them
- Content Monitoring, reporting changes to Amazon for correction
- Monitor and run A/B test titles, pictures, categories, keywords
- Build and maintain contacts at each marketplace
- Develop online merchandising strategies and work with Performance Marketing team to grow and drive traffic and sales of WOW Tech products
- Inventory monitoring and management; preparing forecasts
- Cross-selling
- Monitoring of major KPIs - sales, rankings, reviews, stock levels – and providing regular reporting
- Other related responsibilities

**Your Qualifications:**

- Degree or Diploma in online marketing or a related discipline

Case 1:19-cv-01227-GBW    Document 29-1    Filed 12/05/19    Page 93 of 172 PageID #: 1032

Case 1:19-cv-01227-LPS    Document 9-1    Filed 09/09/19    Page 38 of 527 PageID #: 368

- 2-5 years of experience working on Amazon seller central
- Experience working with web analytics and reporting tools
- Inventory forecasting experience
- Strong communication skills in English (speak and write); Spanish or French an asset
- Organized and detail-oriented with strong time and project management skills
- Proficient with Microsoft Office 365, Excel, Word, PowerPoint and Outlook
- Flexible, fun, team player

If you are a smart, creative eCommerce professional with experience managing Amazon marketplace, send us your resume. We'd love to hear from you!

To learn more about WOW Tech Group and our brands, visit wowtech.com (http://wowtech.com).

At WOW Tech Group we are committed to fostering an inclusive, barrier-free and accessible environment. Part of this commitment includes arranging accommodations due to disability to ensure an equal opportunity to participate in our recruitment and selection process. If you require an accommodation, please notify your Recruiter once you have been selected for an interview.

Please note: the final stage of our recruitment process includes completion of employment reference checks and a criminal record check.

<div style="border:1px solid">Apply Now</div>  Share Job (http://app.jazz.co/app/share/u33SFC0TVC)

- Hide details

Customer & Partner Service Representative

Location: Ottawa, Ontario, CanadaDepartment: Customer Care

Type: Full TimeMin. Experience: Mid Level

+ View details

**WOW Tech Canada** is a member of the WOW Tech Group of companies, one of the world's leading companies in the adult toy market. With our innovative and high-quality brands **Womanizer®** and **We-Vibe®** we delight millions of customers and help them to have a more fulfilling sex life. WOW Tech Group brands We-Vibe® and Womanizer® are available at thousands of retail locations in over 60 countries around the world.

**Why work with us:**

- We offer competitive salaries along with great benefits:
- Company paid health, dental, life and long term disability insurance plans

Case 1:19-cv-01227-GBW    Document 29-1    Filed 12/05/19    Page 94 of 172 PageID #:

- Company matching contributions to RRSP
- $150/year toward fitness activities
- We're a small, fun team of professionals that are passionate about developing innovative products and being a leader in our industry

Our North American Customer Care team, based in Ottawa, has an immediate opening for a **Customer & Partner Service Representative** to be the direct contact with the customer and partners and responsible for new order requests and statuses, refunds or credits, communication of new products, product or company process questions and fulfilment of product or services requested. You will ensure that all your interactions with customers and partners are performed professionally, follow agreed policy and completed in a timely manner.

The Customer & Partner Service Representatives are located globally and are here to find solutions to our customers' & partner's requirements, questions or concerns while looking for opportunities to exceed their expectations through simple actions, education and up-selling. This position works very closely with the North American Business Development and Product Development teams to ensure that 'Best-in-Class' service and most accurate support for our products are delivered.

**Responsibilities:**

- Provide B2C order management and support functions for all eCommerce channel customers globally including:
  - Provide professional and knowledgeable product support for all who contact WOW Tech through email, phone or via the websites
  - First point of contact for customer's issues and tracking problems
  - Take steps necessary to resolve customer dissatisfaction situations in a cost-effective manner
  - Monitor fulfillments at the warehouses to ensure timely (to agreed lead times) dispatch. If issues arise, highlight those to the respective functions.
  - Investigate, approve and process all returns and refunds
  - Troubleshoot customer issues to assist in problem resolution or begin the warranty claim process
- Support all B2B direct partners who submit their Purchase Orders through either the WOW Tech Order Desk or the B2B Portal:
  - Inputting and processing of all customer and partner purchase orders and internal BD or Marketing requests (Free-Of-Charge) within 24 hours of receipt
  - Educate our customers and partners in regard to WOW Tech's business requirements or order management tools.

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 95 of 172 PageID #: 1034

- Providing feedback on any pricing discrepancies, or availability issues
- Provide all necessary documents required to help the customer with their transport or import requirements
- Monitor availability of all products for our customers and partners to assist them in planning for partial deliveries or their backlog actions
- Monitor fulfillments at the warehouses to ensure timely (to agreed lead times) dispatch. If issues arise, highlight that those to the respective functions.
- Coordinating the communication of any Marketing or Merchandising materials programs as directed by Global Business Development

**Your Qualifications:**

- University or College Post-secondary education OR equivalent experience combined with at least 3 years relevant customer support/order management experience
- Strong customer service and support orientation
- Experience working with Amazon is an asset
- Strong systems orientation and IT skills; solid analytical and data-mining skills and an ability to interpret trends
- Excellent communication skills
- Highly self-motivated and detail oriented with strong organizational and follow up skills
- Good planning and prioritization skills; the ability to plan and schedule work load
- Proficient with Office 365, Microsoft Word, Excel, PowerPoint and a Mac environment
- Proficient with NetSuite, or other CRM/SFA application
- Ability to speak, read, and write English fluently; ability to speak other languages is a plus

If you are a fun, patient, customer-oriented professional who loves helping people and getting stuff done,  send us your resume - we'd love to hear from you! To learn more about WOW Tech Group and our brands, visit wowtech.com.

At WOW Tech Group we are committed to fostering an inclusive, barrier-free and accessible environment. Part of this commitment includes arranging accommodations due to disability to ensure an equal opportunity to participate in our recruitment and selection process. If you require an accommodation, please notify your Recruiter once you have been selected for an interview.

Please note: the final stage of our recruitment process includes completion of employment reference checks and a criminal record check.

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 96 of 172 PageID #:
1035

Case 1:19-cv-01227-LPS   Document 9-1   Filed 05/09/19   Page 419 of 527 PageID #: 371

| Apply Now |
|---|

Share Job (http://app.jazz.co/app/share/5a4tvkPOYS)

- Hide details

HR Coordinator (6 month term position)

Location: Ottawa, Ontario, CanadaDepartment: HR

Type: TemporaryMin. Experience: Entry Level

+ View details

**WOW Tech Canada** is a member of the WOW Tech Group of companies, one of the world's leading companies in the adult toy market. With our innovative and high-quality brands **Womanizer®** and **We-Vibe®** we delight millions of customers and help them to have a more fulfilling sex life. WOW Tech Group brands We-Vibe® and Womanizer® are available at thousands of retail locations in over 60 countries around the world.

**Why work with us:**

- We offer competitive salaries along with great benefits:
- Company paid health, dental, life and long term disability insurance plans
- Company matching contributions to RRSP
- $150/year toward fitness activities
- We're a small, fun team of professionals that are passionate about developing innovative products and being a leader in our industry

WOW Tech is growing and our North American HR team has an immediate opportunity for an **HR Coordinator for a 6 month term**. In this role you'll be involved in all aspects of HR including talent acquisition and onboarding, HR administration to keep us organized, as well as participating in HR projects and the creation of HR programs.

**Responsibilities:**

- Coordinate the recruitment process:
  - Creating job descriptions and postings
  - Posting and sourcing qualified candidates
  - Booking interviews
  - May conduct reference checks and coordinate employment background checks
  - Preparing offer letters and track return of documentation
  - Tracking recruitment costs and statistics, and preparing monthly reports
  - Assist in creation of a global employment brand and creating/maintaining our presence on various sites such as Indeed, Glassdoor, LinkedIn etc.
- Coordinate new employee onboarding and orientation:
  - Coordinating new employee Onboarding process & documentation

Case 1:19-cv-01227-GBW    Document 29-1    Filed 12/05/19    Page 97 of 172 PageID #: 372
Case 1:19-cv-01227-LPS    Document 9-1    Filed 05/09/19    Page 42 of 52 PageID #: 1036

- - Creating new employee files
  - Conducting HR Orientation and facilitate new hire and payroll paperwork
  - Facilitating benefits enrolments and orientations
- HR administration and projects:
  - Participate in HRIS implementation and administration
  - Creating and aligning global HR policies
  - Participate in the creation of global HR programs
  - Participate in the Joint Health & Safety Committee & Social Committee
  - Employee Survey administration and reporting
  - Headcount reporting and statistics
  - Assisting in the creation of global employee communication programs
  - HR administration such as filing, benefits administration, and other related duties
  - Provide other office support such as making sure we have good food and drinks in the kitchen!
  - Other related responsibilities

We're growing so there will be lots of other HR projects to work on!

**Your Qualifications:**

- Post-secondary education in Human Resources
- 1-2 years of human resource experience
- Experience with the recruitment process is an asset
- Tech saavy with creative approaches to sourcing and attracting candidates
- Knowledge of employment legislation
- Highly organized and detail oriented with excellent time management skills
- Proficient with MS Office
- Strong communication skills, written and oral
- Ability to manage confidential information with discretion
- Team player with great interpersonal skills and a fun, positive attitude

If this sounds like you, send us your resume! We'd love to hear from you. To learn more about WOW Tech visit wowtech.com (https://wowtech.com/).

At WOW Tech Group we are committed to fostering an inclusive, barrier-free and accessible environment. Part of this commitment includes arranging accommodations due to disability to ensure an equal opportunity to participate in our recruitment and selection process. If you require an accommodation, please notify your Recruiter once you have been selected for an interview.

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 98 of 172 PageID #: 373

Please note: the final stage of our recruitment process includes completion of employment reference checks and a criminal record check.

<div style="border:1px solid #000; display:inline-block; padding:20px 40px;">

**Apply Now**

</div>

Share Job (http://app.jazz.co/app/share/0WYBweXYaA)

- Hide details

Final Quality Inspector

Location: Ottawa, Ontario, CanadaDepartment: Product Development

Type: Full TimeMin. Experience: Mid Level

+ View details

**WOW Tech Canada** is a member of the WOW Tech Group of companies, one of the world's leading companies in the adult toy market. With our innovative and high-quality brands **Womanizer®** and **We-Vibe®** we delight millions of customers and help them to have a more fulfilling sex life. WOW Tech Group brands We-Vibe® and Womanizer® are available at thousands of retail locations in over 60 countries around the world.

**Why work with us:**

We offer competitive salaries along with great benefits:

- Company paid health, dental, life and long term disability insurance plans
- Company matching contributions to RRSP
- $150/year toward fitness activities
- We're a small, fun team of professionals that are passionate about developing innovative products and being a leader in our industry

Our North American Product Development team has an immediate opening for a Final Quality Inspector, based in Ottawa, to perform out-of-box inspections on finished product ensuring product specifications are met and all products are in working order.

**Responsibilities:**

- Perform out of box inspection services on finished product
- Document inspection results by completing reports and logs; summarizing re-work and waste; inputting data into quality database.
- Follow work instructions to conduct product verification/validation experiments during product development phase; document results & highlight deficiencies
- Maintain safe and healthy work environment by following standards and procedures; complying with legal regulations.
- Update product knowledge by participating in educational opportunities; reading technical publications

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 99 of 172 PageID #: 374

Case 1:19-cv-01227-LPS   Document 9-1   Filed 09/09/19   Page 446 of 527 PageID #: 1038

- Occasionally undertake mechanical and electronic assembly
- Other duties as assigned

**Qualifications:**

- 2+ years of quality inspection or related experience in an electronics manufacturing environment
- High school diploma; post-secondary education in assembly or quality inspection or a technology program is an asset
- Organized and highly detail oriented
- Excellent English verbal and written communication skills
- Ability to read and interpret work instructions and drawings and follow instructions
- Some experience with electronic assembly and soldering an asset
- Good basic math skills
- Computer literate with the ability to use webmail, Microsoft Office 365, Microsoft Word and Excel
- Team player with excellent interpersonal skills

If you are an experienced, detail-oriented Quality professional, we'd love to hear from you! To learn more about WOW Tech Group and our brands, visit wowtech.com (http://wowtech.com).

At WOW Tech Group we are committed to fostering an inclusive, barrier-free and accessible environment. Part of this commitment includes arranging accommodations due to disability to ensure an equal opportunity to participate in our recruitment and selection process. If you require an accommodation, please notify your Recruiter once you have been selected for an interview.

| Apply Now |

Share Job (http://app.jazz.co/app/share/BZeSzQsuh9)

- Hide details

General Application

Location: Canada

Type: Full TimeMin. Experience: Experienced

+ View details

We're always looking for talented, innovative people who are passionate about what they do. If you thrive in a collaborative, hard-working, fun-loving team that takes pride in delivering world-leading technologies, we invite to consider future opportunities with us. Send us your resume now and we'll keep it for consideration when a suitable opportunity opens up any of the following areas:

- Account Management/Merchandising
- Industrial/Product Designer, Canada
- Customer Service Representative

If you would like to learn more about these positions, please click on the specific job link below to see the job details.  To submit your resume for these or other future opportunities with us, please apply using the Apply Now button and be sure to let us know the type of job you wish to be considered for.

Standard Innovation is an equal opportunity employer committed to diversity and inclusion.  If you are selected to participate in the recruitment process, please inform Human Resources of any accommodations you may require. Standard Innovation will work with you in an effort to ensure that you are able to fully participate in the process.

**Apply Now**

Share Job (http://app.jazz.co/app/share/02oYmo)

- Hide details

 POWERED BY JAZZHR (https://www.jazzhr.com)

## WHY YOU WILL LOVE TO WORK WITH

# THE WOW-DNA

### We are state of the art

World-class products are at the heart of our business. Our product development and innovatio to ensure that our products set new industry standards for ergonomic design, high performanc

Case 1:19-cv-01227-GBW   Document 9-1   Filed 09/03/19   Page 46 of 327 PageID #: 376

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 101 of 172 PageID #: 1040



## We are unique

Our people come from a wide range of professional backgrounds. We employ engineers, indus managers, logistics specialists and more. Each and every one is a unique personality. And we lo



## We are passionate

We work closely with health and wellness experts, the sex education community and consume products on the market. That is our passion.



## We are the Original

We are wildly successful. Our products are now sold on every continent and in more than 60 cc best-selling pleasure products in the world, often copied, never equalled. Moreover, we are grov success.

Case 1:19-cv-01227-GBW     Document 9-1    Filed 09/09/19    Page 40 of 52   PageID #: 377

Case 1:19-cv-01227-LPS   Document 29-1   Filed 12/05/19   Page 102 of 172 PageID #: 1041

WOW Tech™ Group is a world leader in the design, manufacturing, and marketing of premium intimate pleasure products.

---

✉  info@wowtech.com

🎧  +49 30 95999 38 10

## OUR BRANDS

**We-Vibe® (https://we-vibe.com)**

**Womanizer™ (https://www.womanizer.com/)**

**Attivia™ (https://attivia.life)**

**pjur® (https://www.pjur.com)**

**Novoluto (https://www.novoluto.com)**

## LINKS

**Press (https://wowtech.com/press/)**

**Contact (https://wowtech.com/contact/)**

**About us (https://wowtech.com/about-us/)**

## LEGAL

**Privacy Policy (https://wowtech.com/privacy-policy/)**

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 103 of 172 PageID #: 1042

Case 1:19-cv-01227-LPS Document 9-1 Filed 09/09/19 Page 48 of 527 PageID #: 378

**Comp`etion Conditions (https://wowtech.com/competion-conditions/)**

**Imprint (https://wowtech.com/imprint/)**

## PRESS RELEASES

Introducing Moxie – The Latest Product From We-Vibe Is Wearable For Fun On The Go (Https://Wowtech.Com/2019/05/07/Introducing-Moxie-The-Latest-Product-From-We-Vibe-Is-Wearable-For-Fun-On-The-Go/)

May 7, 2019

WOW TECH CHOOSES ORION AS FIRST MASTER DISTRIBUTION PARTNER FOR WE-VIBE IN EUROPE (Https://Wowtech.Com/2019/01/29/Wow-Tech-Chooses-Orion-As-First-Master-Distribution-Partner-For-We-Vibe-In-Europe/)

January 29, 2019

© 2019 WOW Tech International GmbH

EXHIBIT A-20

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 105 of 172 PageID #: 1044

**Linked** in

Join now        Sign in

🔍  Leanne Zahalan

**Leanne Zahalan**

Manager, Human Resources at WOW Tech Group -

We're hiring!

Ottawa, Canada Area · 500+ connections

**Join to Connect**

**WOW Tech Group (formerly Standard Innovation Corporatio...**

## About

Experienced Human Resources Professional with demonstrated experience in the hardware, software and consumer electronics industries.

## Activity



**My first weekend-long consumer trade show is complete! I always tell everyone how much I love my job, and yet this weekend made me appreciate it even...**

Liked by **Leanne Zahalan**

**WOW Tech was featured in Forbes!**

Shared by **Leanne Zahalan**

**Linked**in

Join now          **Sign in**

🔍  Leanne Zahalan

Shared by **Leanne Zahalan**

Join now to see all activity

---

# Experience

**Manager, Human Resources**

WOW Tech Group (formerly Standard Innovation Corporation and Womanizer Group)

Apr 2011 – Present · 8 years 9 months

Ottawa

As Manager of Human Resources for the North American team within this global consumer electronics company, I am responsible for all aspects of HR including talent acquisition, talent management, employee communications, and the development of HR programs, policies and processes including performance management, compensation planning, incentive plans and total rewards.

### HR Business Partner

Allen-Vanguard

May 2007 – Apr 2011 · 4 years

Ottawa, Canada Area

Responsible for providing all HR services to Engineering, Product Line Management, Sales and Marketing client groups in North America. HR services included talent acquisition, talent management, performance management and goal setting, compensation planning, employee relations.

### HR Manager

AutoSkill International

Oct 2002 – May 2007 · 4 years 8 months

Ottawa, Canada Area

12/5/2019 Leanne Zahalan - Manager Human Resources - WOW Tech Group (formerly Standard Innovation Corporation and Magic Wand Group) | ...

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 107 of 172 PageID #: 1046

 **Linked** in

Join now | **Sign in**

🔍 Leanne Zahalan

2003 – 2004 · 1 year

Ottawa, Canada Area

Responsible for compensation administration, job evaluation activities and writing job descriptions for all unionized and administrative management positions within the university.

### HR Generalist

DY4 Systems

1997 – 2001 · 4 years

Ottawa, Canada Area

### HR Specialist

Gandalf Canada Limited

1990 – 1997 · 7 years

Ottawa, Canada Area

---

# View Leanne Zahalan's full profile to

See who you know in common

Get introduced

Contact Leanne Zahalan directly

**Join to view full profile**

## People also viewed

 **Stephanie Ingram**
Marketing Manager Wow Tech Group

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 108 of 172 PageID #: 1047

 **Linked**  **in**

Join now    Sign in

🔍 Leanne Zahalan



### Evelyn Hopky
Graphic Designer at WOW Tech Group



### Debbie Farah (Rowe)
Customer service representative.



### Avery Lockey
Accountant at WOW Tech Group



### Frank Ferrari
WOW Tech - President of Americas and CPO



### Michael Lusk
Transportation Manager at Aurora Cannabis Inc.

### Michelle Routledge
Business Development Coordinator at WOW Tech Group

### Stephanie Keating
Marketing Brand Manager, We-Vibe at Standard Innovation Corporation

# Leanne's public profile badge
Include this LinkedIn profile on other websites

### Leanne Zahalan
Manager, Human Resources at WOW Tech Group - We're hiring!

Manager, Human Resources at WOW Tech Group (formerly Standard Innovation Corporation and Womanizer Group)

View profile

**View profile badges**

Leanne Zahalan - Manager, Human Resources - W2W-Tech Group (formerly Standard Innovation Corporation and Magenizer Group) | …

**Linked** in

Join now    Sign in

🔍 Leanne Zahalan

Brand Policy                              Guest Controls

Community Guidelines                      Language ⌄

# Linked**in**

Join now     **Sign in**

🔍 Leanne Zahalan

## Leanne Zahalan

Manager, Human Resources at WOW Tech Group – We're hiring!

Ottawa, Canada Area · 500+ connections

**Join to Connect**

**WOW Tech Group (formerly Standard Innovation Corporatio...**

## About

Experienced Human Resources Professional with demonstrated experience in the hardware, software and consumer electronics industries.

## Activity



**My first weekend-long consumer trade show is complete! I always tell everyone how much I love my job, and yet this weekend made me appreciate it even...**

Liked by **Leanne Zahalan**

**WOW Tech was featured in Forbes!**

Shared by **Leanne Zahalan**

**Linked**in

Join now    **Sign in**

🔍 Leanne Zahalan

Shared by **Leanne Zahalan**

Join now to see all activity

---

# Experience

**Manager, Human Resources**

WOW Tech Group (formerly Standard Innovation Corporation and Womanizer Group)

Apr 2011 – Present · 8 years 9 months

Ottawa

As Manager of Human Resources for the North American team within this global consumer electronics company, I am responsible for all aspects of HR including talent acquisition, talent management, employee communications, and the development of HR programs, policies and processes including performance management, compensation planning, incentive plans and total rewards.

**HR Business Partner**

Allen-Vanguard

May 2007 – Apr 2011 · 4 years

Ottawa, Canada Area

Responsible for providing all HR services to Engineering, Product Line Management, Sales and Marketing client groups in North America. HR services included talent acquisition, talent management, performance management and goal setting, compensation planning, employee relations.

**HR Manager**

AutoSkill International

Oct 2002 – May 2007 · 4 years 8 months

Ottawa, Canada Area

Case 1:19-cv-01227-GBW   Document 29-1   Filed 12/05/19   Page 112 of 172 PageID #: 1051


**Linkedin**
 Join now     Sign in

🔍 Leanne Zahalan

2003 – 2004 · 1 year

Ottawa, Canada Area

Responsible for compensation administration, job evaluation activities and writing job descriptions for all unionized and administrative management positions within the university.

### HR Generalist

DY4 Systems

1997 – 2001 · 4 years

Ottawa, Canada Area

### HR Specialist

Gandalf Canada Limited

1990 – 1997 · 7 years

Ottawa, Canada Area

## View Leanne Zahalan's full profile to

See who you know in common

Get introduced

Contact Leanne Zahalan directly

**Join to view full profile**

## People also viewed


**Stephanie Ingram**
Marketing Manager Wow Tech Group

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 113 of 172 PageID #: 1052

 **Linked**in

Join now | **Sign in**

🔍 Leanne Zahalan



**Evelyn Hopky**
Graphic Designer at WOW Tech Group

 **Debbie Farah (Rowe)**
Customer service representative.

 **Avery Lockey**
Accountant at WOW Tech Group

 **Frank Ferrari**
WOW Tech - President of Americas and CPO

 **Michael Lusk**
Transportation Manager at Aurora Cannabis Inc.

 **Michelle Routledge**
Business Development Coordinator at WOW Tech Group

**Stephanie Keating**
Marketing Brand Manager, We-Vibe at Standard Innovation Corporation

# Leanne's public profile badge

Include this LinkedIn profile on other websites

> **Leanne Zahalan**
> Manager, Human Resources at WOW Tech Group - We're hiring!
>
> Manager, Human Resources at WOW Tech Group (formerly Standard Innovation Corporation and Womanizer Group)
>
> View profile

**View profile badges**

Case 1:19-cv-01227-GBW Document 29-1 Filed 12/05/19 Page 114 of 172 PageID #: 1053

**Linked** in

Join now          Sign in

🔍 Leanne Zahalan

Brand Policy                                    Guest Controls

Community Guidelines                            Language ⌄

EXHIBIT A-21

Case 1:19-cv-01227-LPS   Document 9-1   Filed 09/09/19   Page 89 of 327 PageID #: 958



**Linked** in                                                                    Join now    │ **Sign in** │

🔍  Johannes Plettenberg

# Johannes Plettenberg

CEO @ WOW Tech

Berlin, Berlin, Germany · 500+ connections

**Join to Connect**

  WOW Tech Group (Womanizer Group Management GmbH)

  **Technische Universität Berlin**

## Activity

  **Hey you all, we are celebrating our very first "Love & Relationship Day" with Amorelie at the Humboldt Carré in Berlin in the 6th of September from…**

Liked by **Johannes Plettenberg**

## Experience

  **Managing Director**
WOW Tech Group (Womanizer Group Management GmbH)

May 2017 – Present · 2 years 5 months

Berlin

**Member of Supervisory Board**

Case 1:19-cv-01227-GBW - Document 39-1 - Filed 12/05/19 - Page 117 of 172 PageID #: 1056

Case 1:19-cv-01227-LPS - Document 9-1 - Filed 09/09/19 - Page 90 of 527 PageID #:9359

🔍 Johannes Plettenberg

### CFO
Amorelie

Feb 2015 – Apr 2017 · 2 years 3 months

Berlin und Umgebung, Deutschland

### Mentor
Startupbootcamp

Aug 2014 – Mar 2015 · 8 months

Berlin

### Bombardier Transportation

4 years 6 months

- ### Head of Business Incubator
  May 2014 – Feb 2015 · 10 months

- ### Corporate Mergers&Acquisition
  Sep 2010 – Apr 2014 · 3 years 8 months

### Mergers&Acquisitions
HSBC

Jun 2007 – Jul 2010 · 3 years 2 months

### Mergers&Acquisitions
J.P. Morgan

Oct 2006 – Mar 2007 · 6 months

Frankfurt am Main

## Education

### Technische Universität Berlin
Diplom-Ingenieur · Industrial Engineering and Management

**Linked** in

Join now          Sign in

🔍 Johannes Plettenberg

2005 – 2006

---

# Languages

**Deutsch**
Native or bilingual proficiency

**Englisch**
Full professional proficiency

**Französisch**
Limited working proficiency

**Spanisch**
Limited working proficiency

**Italienisch**
Elementary proficiency

---

## View Johannes Plettenberg's full profile to

See who you know in common

Get introduced

Contact Johannes Plettenberg directly

**Join to view full profile**

# People also viewed

9/6/2019 Johannes Plettenberg | Marketing-/PR-CCO - WOW (formally WOW Zone GmbH and Womanizer GmbH) | LinkedIn

**Linked**  **in**

🔍 Johannes Plettenberg



### Tuba Berkovych
Event Manager



### Heinrich von Bünau
Business Development Manager bei Buchler GmbH



### Tobias Arco-Valley
Partner



### Fabian von Trotha
Managing Director bei Dieter von Holtzbrinck Ventures



### Thuve von Bremen
Chief Commercial Officer (CCO) bei WOW Tech Group (formerly Standard Innovation Corporation and Womanizer Group)



### Lea-Sophie Cramer
Founder & CEO of Amorelie



### Dr. Richard K. Lenz
Managing Partner at Rigeto Unternehmerkapital



### Ferdinand von Humboldt
CFO bei Webtrekk Group

# Others named **Johannes Plettenberg**

### Johannes Plettenberg
Berlin Area, Germany

1 other named Johannes Plettenberg is on LinkedIn

**See others named Johannes Plettenberg**

https://de.linkedin.com/in/johannes-plettenberg-3abb24aa/%7Bcountry%3Dus%2C+language%3Den%7D?trk=people-guest_profile-result-card_result-…    4/5

Case 1:19-cv-01227-LPS   Document 9-1   Filed 09/09/19   Page 12 of 327 PageID #: 342

Case 1:19-cv-01227-CBW   Document 20-1   Filed 12/05/19   Page 120 of 172 PageID #: 1059

**Linked in**

Join now          Sign in

🔍 Johannes Plettenberg

CEO @ WOW Tech

Managing Director at WOW Tech Group (Womanizer Group Management GmbH)

Technische Universität Berlin

View profile

View profile badges

## View similar profiles

**Stefan Hollaender**

**Philipp Skribanowitz**

© 2019                                    About

User Agreement                          Privacy Policy

Cookie Policy                           Copyright Policy

Brand Policy                            Guest Controls

Community Guidelines                    Language ⌄

EXHIBIT A-22

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

34431

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number:

OR

| Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (If the Applicant is a juristic entity, list the Applicant name in the box):

Novoluto GmbH

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | | Date (Optional) | 05. 02. 2017 |
|---|---|---|---|
| Name | JOHANNES GRAF VON MOLTENBERG | | |
| Title | CEO | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

EXHIBIT A-23

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-
Approved for use through 01/31/2018. OMB 0651-00
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMER
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control numl

# POWER OF ATTORNEY BY APPLICANT

hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter c he boxes below.

| Application Number | Filing Date |
|---|---|
| 15/965,117 | 04-27-2018 |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced the attached transmittal letter (form PTO/AIA/82A) or identified above:

20694

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to trans all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in th attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmitt letter or the boxes above to:**

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number:

OR

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## Novoluto GmbH

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entit)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | | Date (Optional) | May 7th 2018 |
|---|---|---|---|
| Name | Johannes Graf von Plettenberg | | |
| Title | CEO | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirement and certifications. If more than one applicant, use multiple forms.

[✓] Total of  1  forms are submitted.

his collection of information is required by 37 CFR 1.131, 1.32, and 1.33. This information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, ncluding gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amou f time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S Jepartment of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner or Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

EXHIBIT A-24

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

34431

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number:

OR

| Firm or Individual Name |  |  |  |  |  |
|---|---|---|---|---|---|
| Address |  |  |  |  |  |
| City |  | State |  | Zip |  |
| Country |  |  |  |  |  |
| Telephone |  | Email |  |  |  |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

Novoluto GmbH

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature |  | Date (Optional) | 05.02.2017 |
|---|---|---|---|
| Name | JOHANNES GRAF VON PLETTENBERG |  |  |
| Title | CEO |  |  |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

EXHIBIT A-25

**UNITED STATES PATENT AND TRADEMARK OFFICE**

## Assignee name NOVOLUTO

## Assigned properties (16)

Note: Results display only for issued patents and published applications. For pending or abandoned applications, please consult USPTO staff.

| Patent number | Publication number | Application number | PCT number | International registration number | Assignee name |
|---|---|---|---|---|---|
| 9763851 | 20160213557 | 15023471 | | | NOVOLUTO GMBH |
| 9763851 | 20160213557 | 15023471 | | | NOVOLUTO GMBH |
| 9849061 | 20170027809 | 15302981 | | | NOVOLUTO GMBH |
| 9849061 | 20170027809 | 15302981 | | | NOVOLUTO GMBH |
| 9937097 | 20170216135 | 15487123 | | | NOVOLUTO GMBH |
| 9937097 | 20170216135 | 15487123 | | | NOVOLUTO GMBH |
| D822843 | | 29590450 | | | NOVOLUTO GMBH |
| NONE | 20170065483 | 15354599 | | | NOVOLUTO GMBH |
| NONE | 20170065483 | 15354599 | | | NOVOLUTO GMBH |
| NONE | 20180092799 | 15719085 | | | NOVOLUTO GMBH |
| NONE | 20180092799 | 15719085 | | | NOVOLUTO GMBH |
| NONE | 20180153764 | 15888568 | | | NOVOLUTO GMBH |
| NONE | 20180153764 | 15888568 | | | NOVOLUTO GMBH |
| NONE | 20180243161 | 15965117 | | | NOVOLUTO GMBH |
| NONE | 20180243162 | 15965208 | | | NOVOLUTO GMBH |
| NONE | | 35505575 | | DM/102470 | NOVOLUTO GMBH |

EXHIBIT A-26

United States Patent and Trademark Office

**UNITED STATES
PATENT AND TRADEMARK OFFICE**

## Assignee name WOW TECH CANADA

### Assigned properties (5)

Note: Results display only for issued patents and published applications. For pending or abandoned applications, please consult USPTO staff.

| Patent number | Publication number | Application number | PCT number | International registration number | Assignee name |
|---|---|---|---|---|---|
| D605779 | | 29322953 | | | WOW TECH CANADA LTD. |
| NONE | 20140228629 | 14129761 | | | WOW TECH CANADA LTD. |
| NONE | 20180169529 | 15737166 | | | WOW TECH CANADA LTD. |
| NONE | 20180185237 | 15742649 | | | WOW TECH CANADA LTD. |
| NONE | 20180325769 | 16035974 | | | WOW TECH CANADA LTD. |

EXHIBIT A-27

**UNITED STATES PATENT AND TRADEMARK OFFICE**

## Assignee name STANDARD INNOVATION CORPORATION

Note: Results display only for issued patents and published applications. For pending or abandoned applications, please consult USPTO staff.

### Assigned properties (14)

| Patent number | Publication number | Application number | PCT number | International registration number | Assignee name |
|---|---|---|---|---|---|
| 10022293 | 20160074276 | 14853132 | | | STANDARD INNOVATION CORPORATION |
| 10231900 | 20110124959 | 13014321 | | | STANDARD INNOVATION CORPORATION |
| 7931605 | 20080009775 | 11795066 | | | STANDARD INNOVATION CORPORATION |
| D605779 | | 29322953 | | | STANDARD INNOVATION CORPORATION |
| D652942 | | 29384066 | | | STANDARD INNOVATION CORPORATION |
| NONE | 20140228629 | 14129761 | | | STANDARD INNOVATION CORPORATION |
| NONE | 20160322744 | 15144151 | | | STANDARD INNOVATION CORPORATION |
| NONE | 20180169529 | 15737166 | | | STANDARD INNOVATION CORPORATION |
| NONE | 20180169529 | 15737166 | | | STANDARD INNOVATION CORPORATION |
| NONE | 20180169529 | 15737166 | | | STANDARD INNOVATION CORPORATION |
| NONE | 20180169529 | 15737166 | | | STANDARD INNOVATION CORPORATION |
| NONE | 20180185237 | 15742649 | | | STANDARD INNOVATION CORPORATION |
| NONE | 20180185237 | 15742649 | | | STANDARD INNOVATION CORPORATION |

United States Patent and Trademark Office

| Patent number | Publication number | Application number | PCT number | International registration number | Assignee name |
|---|---|---|---|---|---|
| NONE | 20180325769 | 16035974 | | | STANDARD INNOVATION CORPORATION |

EXHIBIT A-28



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 4 04:16:06 EST 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP

Logout *Please logout when you are done to release system resources allocated for you.*

Start  List At: _____  OR  Jump to record: _____

## 22 Records(s) found (This page: 1 ~ 22)

Refine Search (novoluto)[ON]    Submit

Current Search: S3: **(novoluto)[ON]** docs: 22 occ: 22

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 87882585 | 5646887 | SILENT TOUCH | TSDR | LIVE |
| 2 | 86874663 | 5026764 | PLEASUREAIR | TSDR | LIVE |
| 3 | 79270907 | | SCREAM YOUR OWN NAME | TSDR | LIVE |
| 4 | 79242156 | 5893680 | PLEASURE AIR | TSDR | LIVE |
| 5 | 79248252 | | LIBERTY | TSDR | LIVE |
| 6 | 79244563 | 5784323 | SMART SILENCE | TSDR | LIVE |
| 7 | 79244561 | 5760043 | AUTOPILOT | TSDR | LIVE |
| 8 | 79243746 | | WOW TECH | TSDR | LIVE |
| 9 | 79232529 | 5663676 | INSIDEOUT | TSDR | LIVE |
| 10 | 79219832 | 5478013 | STARLET | TSDR | LIVE |
| 11 | 79210241 | 5372287 | 2 GO | TSDR | LIVE |
| 12 | 79210240 | 5372286 | WOMANIZER TO GO | TSDR | LIVE |
| 13 | 79206321 | 5343507 | W | TSDR | LIVE |
| 14 | 79195465 | 5278855 | WOMANIZER | TSDR | LIVE |
| 15 | 79188240 | 5202210 | PLEASURE AIR TECHNOLOGIE | TSDR | LIVE |
| 16 | 79185401 | 5197720 | MANIZER | TSDR | LIVE |
| 17 | 79178556 | 4986030 | WOMANIZER PRO | TSDR | LIVE |
| 18 | 79171789 | 5000629 | EPI24 | TSDR | LIVE |
| 19 | 79146271 | 4729581 | WOMANIZER | TSDR | LIVE |
| 20 | 79232196 | | I/O | TSDR | DEAD |
| 21 | 79206254 | 5357233 | PRO40 | TSDR | DEAD |
| 22 | 79163621 | | OOO...H | TSDR | DEAD |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

EXHIBIT A-29

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 4 04:16:06 EST 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start  List At: [          ]  OR  Jump  to record: [          ]

## 5 Records(s) found (This page: 1 ~ 5)

**Refine Search** [("WOW Tech Canada")[ON]          ]  Submit

**Current Search:** S5: **("WOW Tech Canada")[ON]** docs: 5 occ: 5

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 88303904 | 5828946 | DITTO | TSDR | LIVE |
| 2 | 88377350 | | VECTOR BY WE-VIBE | TSDR | LIVE |
| 3 | 88377246 | | MELT BY WE-VIBE | TSDR | LIVE |
| 4 | 88271285 | | MOXIE BY WE-VIBE | TSDR | LIVE |
| 5 | 86837023 | | ROMP | TSDR | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP |

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY |

EXHIBIT A-30

**Richman, Tad**

---

| | |
|---|---|
| **From:** | Blumenfeld, Jack <JBlumenfeld@MNAT.com> |
| **Sent:** | Monday, October 21, 2019 6:27 PM |
| **To:** | Paul Brown (Brown@chipmanbrown.com); Tammy J. Dunn |
| **Cc:** | Richman, Tad; Egan, Brian P. |
| **Subject:** | [EXT] EIS v. WOW Tech - Jurisdictional Discovery |
| **Attachments:** | EIS _ WOW - Stipulation re jurisdictional discovery.docx |

Paul and Tammy,

Thank you for speaking with us last Thursday regarding EIS Inc.'s request for jurisdictional discovery in view of defendants' motion to dismiss.  During our call, we agreed to send over a list of the type of information we are seeking so you can discuss our request with your client.  To that end, please see below for a list of the information we are initially seeking:

Document Production Topics

1. All documents of any Defendant relating to the WOW Tech office(s) at 102 Foulk Road, Wilmington DE 19803, 103 Foulk Road, Wilmington DE 19803, and/or 410 Foulk Road, Wilmington DE 19803, including any lease agreements.
2. All documents relating to any telephone numbers used by or for WOW Tech USA, including numbers in area codes 613 and 303.
3. All documents relating to the ownership, lease, or right to occupy WOW Tech USA's physical offices in the United States and Canada.
4. All documents for the shipment of goods into the United States on which WOW Tech Canada is named as the shipper and WOW Tech USA is named as the consignee.
5. All documents relating to the import or export of any products into the United States by any defendant or by WOW Tech Europe GmbH (directly, indirectly, and/or through an agent or distributor), from 2017 to present, including but not limited to the following shipments:

| Date | Consignee/Importer | Consignee Address | Bill of Lading |
|---|---|---|---|
| 3/3/2019 | NPS USA | 103 Foulk Rd, Wilmington, DE 19803, USA | SSLLLAX229165 |
| 10/10/2019 | WOW Tech USA | 102 Foulk Rd 202 Wilmington, DE 19803 USA | KWEO511140001746; ONEYHKGVJ7670400 |
| 8/15/2019 | WOW Tech USA | 410 Foulk Rd #102, Wilmington, DE 19803, USA | Unknown |
| 8/8/2019 | WOW Tech USA | 410 Foulk Rd #102, Wilmington, DE 19803, USA | Unknown |
| 6/13/2019 | WOW Tech USA | 410 Foulk Rd #102, Wilmington, DE 19803, USA | Unknown |
| 5/24/2019 | WOW Tech USA | 410 Foulk Rd #102, Wilmington, DE 19803, USA | Unknown |
| 5/3/2019 | WOW Tech USA | 410 Foulk Rd #102, Wilmington, DE 19803, USA | Unknown |
| 3/30/2019 | WOW Tech USA | 410 Foulk Rd #102, Wilmington, DE 19803, USA | Unknown |

6. All documents related to sales and marketing in the United States (or directed at customers in the United States) by WOW Tech Canada, WOW Tech International, WOW Tech Europe, and Novoluto, including without limitation trade show attendance by employees or agents, printed and electronic advertisements, and communications with sales representatives.

1

7.  All invoices sent to dealers, distributors, or wholesalers in the United States by any Defendant from 2017 to present.
8.  Documents showing which Defendant owns each bank account to which payments for sales of products made through Amazon.com, womanizer.com, and we-vibe.com are deposited.
9.  Articles of incorporation and bylaws for each defendant.
10. Copies of WOW Tech USA board meeting minutes and shareholder meeting minutes from 2017 to present.
11. Documents sufficient to show how employment decisions are made, including but not limited to hiring, firing, and division of employee responsibilities.
12. Employment contracts for all WOW Tech USA employees and managers.
13. Copies of all profit-transfer agreements or similar agreements showing how expenses and/or revenue are allocated between defendants, or between defendants and other companies (e.g. WOW Tech Europe, WOW Tech Invest, or WMI Management).
14. Copies of any agreements or sales records between any defendant (or its agent) and entities with a physical presence in Delaware.
15. All contracts for inventory storage, third-party logistics, or related services in the United States.
16. All patent and trademark license agreements between Novoluto or WOW Tech Canada and any other defendant, WOW Tech Invest subsidiary, or WOW Tech International subsidiary.
17. All documents referring or relating to the observance of corporate formalities by the companies in the WOW Tech family.

Interrogatory Topics
1.  Identify all WOW Tech USA, WOW Tech Canada, WOW Tech International, and Novoluto officers
2.  Identify all WOW Tech USA employees (name, address, and title), and for each such employee, the location(s) where they perform their duties, and identify who (a) hired, (b) signed the employment agreement for, (c) supervises each such employee.
3.  Identify all persons employed by, or performing activities for, more than one Defendant.
4.  Identify the individual(s) responsible for managing, updating, and/or maintaining the womanizer.com website, the we-vibe.com website, the WOW Tech USA Amazon.com storefront, the wowtech.com website, and the WOW Tech Group LinkedIn page.
5.  Describe the roles that Kintetsu World Express (KWE) and NPS USA play in the import, sales, and distribution of Defendants' products in the United States.

As we discussed when we spoke, we also intend to seek depositions of one or more knowledgeable individuals following our review of the documents, if appropriate.

Please let us know your clients' position as soon as possible so we can keep this moving forward.  In the interim, as we discussed when we spoke, we think it makes sense to get a stipulation on file regarding further briefing on Defendants' motion to dismiss while we discuss and/or raise with the Court (if necessary) jurisdictional discovery.  Please see attached draft stipulation and let us know if you have any revisions.

Jack

---

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

EXHIBIT A-31

**Richman, Tad**

| | |
|---|---|
| **From:** | Blumenfeld, Jack <JBlumenfeld@MNAT.com> |
| **Sent:** | Wednesday, November 6, 2019 2:46 PM |
| **To:** | 'Paul Brown' |
| **Cc:** | Tammy J. Dunn; Richman, Tad; Egan, Brian P.; Modi, Naveen |
| **Subject:** | [EXT] RE: [EXT] RE: EIS v. WOW Tech - Jurisdictional Discovery |

Paul, we'll talk to you at 3:30.

Jack

---

**From:** Paul Brown [mailto:Brown@chipmanbrown.com]
**Sent:** Tuesday, November 5, 2019 1:39 PM
**To:** Blumenfeld, Jack
**Cc:** Tammy J. Dunn; Richman, Tad; Egan, Brian P.; Modi, Naveen
**Subject:** Re: [EXT] RE: EIS v. WOW Tech - Jurisdictional Discovery

Jack,

We are doing our best to get ahold of certain persons with whom we need to connect before a call, which we have not been able to do as of now.  So as not to waste anyone's time, let's do this call tomorrow at 3:30 p.m. ET.   We will use your dial-in below.

Thanks,
Paul

Paul D. Brown
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Tel. (302) 295-0194
Fax. (302) 295-0199

Brown@ChipmanBrown.com
www.ChipmanBrown.com

On Nov 1, 2019, at 1:48 PM, Blumenfeld, Jack <JBlumenfeld@mnat.com> wrote:

1

[EXTERNAL EMAIL]

Paul,

Another week has gone by without the conversation happening. We would like to have a call on Tuesday (Nov 5) at 3:00. We can use:

877-434-2295
Code 302-351-9291

Please confirm that time. Have a good weekend.

Jack

On Oct 30, 2019, at 7:08 PM, Paul Brown <Brown@chipmanbrown.com> wrote:

> Jack,
>
> We have now been in contact with certain of our client representatives, who we are guiding through a request-by-request examination of the categories of documents EIS seeks in connection with jurisdictional discovery.  Our goal remains to be able to have a substantive conversation with you this week regarding whether and to what extent we can voluntarily provide documents.
>
> -Paul
>
> ---
>
> **From:** Blumenfeld, Jack <JBlumenfeld@MNAT.com>
> **Sent:** Tuesday, October 29, 2019 9:48 PM
> **To:** Paul Brown <Brown@chipmanbrown.com>
> **Cc:** Tammy J. Dunn <Dunn@oshaliang.com>; Richman, Tad <tadrichman@paulhastings.com>; Egan, Brian P. <began@MNAT.com>; Modi, Naveen <naveenmodi@paulhastings.com>
> **Subject:** Re: [EXT] RE: EIS v. WOW Tech - Jurisdictional Discovery
>
> [EXTERNAL EMAIL]
>
> Paul, where are things on this?
>
> Jack
>
> On Oct 25, 2019, at 6:42 AM, Paul Brown <Brown@chipmanbrown.com> wrote:
>
>> Jack, due to the schedules of the various client representatives with whom we need to speak, we do not yet have substantive responses to your client's request for the categories of documents you have identified.   We anticipate having those conversations shortly, after which we can have another telephonic meet and confer.  We should be in a position to have that meet-and-confer next week.

2

As for the stipulation, it is fine to file, subject to removing the parentheses in paragraph 1, as reflected in the attached.

Best,
Paul

**From:** Blumenfeld, Jack <JBlumenfeld@MNAT.com>
**Sent:** Thursday, October 24, 2019 5:01 PM
**To:** Paul Brown <Brown@chipmanbrown.com>
**Cc:** 'Tammy J. Dunn' <Dunn@oshaliang.com>; 'Richman, Tad' <tadrichman@paulhastings.com>; Egan, Brian P. <began@MNAT.com>; Modi, Naveen <naveenmodi@paulhastings.com>
**Subject:** RE: EIS v. WOW Tech - Jurisdictional Discovery

[EXTERNAL EMAIL]
Paul, please let me know what times you are available to talk tomorrow.

Jack

**From:** Blumenfeld, Jack
**Sent:** Wednesday, October 23, 2019 5:15 PM
**To:** 'Paul Brown'
**Cc:** Tammy J. Dunn; Richman, Tad; Egan, Brian P.
**Subject:** RE: EIS v. WOW Tech - Jurisdictional Discovery

Thanks for the note, Paul. While we're waiting for a response, we would like to get the stipulation on file. Do you have any edits, or can we sign for you and file?

Jack

**From:** Paul Brown [mailto:Brown@chipmanbrown.com]
**Sent:** Wednesday, October 23, 2019 11:18 AM
**To:** Blumenfeld, Jack
**Cc:** Tammy J. Dunn; Richman, Tad; Egan, Brian P.
**Subject:** [EXT] Re: EIS v. WOW Tech - Jurisdictional Discovery

Jack, thank you for the requests. Tammy has been in mediation and I'm traveling. Accordingly, we don't have a substantive response yet. We are, however, in communication with our clients about this and will respond to you shortly.

Best regards,
Paul

Paul D. Brown
CHIPMAN BROWN CICERO & COLE, LLP

3

Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Tel. (302) 295-0194
Fax. (302) 295-0199

Brown@ChipmanBrown.com
www.ChipmanBrown.com

On Oct 21, 2019, at 6:27 PM, Blumenfeld, Jack
<JBlumenfeld@mnat.com> wrote:

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

<EIS _ WOW - Stipulation re jurisdictional discovery - TJD Edits.docx>

4

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EIS, INC.,                                          )
                                                    )
            Plaintiff,                              )
                                                    )
        v.                                          )  C.A. No. 19-1227 (LPS)
                                                    )
WOW TECH INTERNATIONAL GMBH,                        )
WOW TECH USA, LTD.,                                 )
WOW TECH CANADA, LTD.                               )
and NOVOLUTO GMBH,                                  )
                                                    )
            Defendants.                             )

**DECLARATION OF DENISE STITIK**

Pursuant to 28 U.S.C. § 1746, I, Denise Stitik, declare and state:

1.    I am a paralegal at Morris, Nichols, Arsht & Tunnell LLP.

2.    On October 22, 2019, I was asked to visit three addresses for WOW Tech USA, Ltd. that were listed on its import records and invoices: 1) 103 Foulk Rd., Wilmington, DE 19803; 2) 102 Foulk Rd. #202, Wilmington, DE 19803, and 3) 410 Foulk Rd. #102, Wilmington, DE 19803.

3.    On October 23, 2019, I visited each of the above addresses.

4.    At 103 Foulk Road, the only business I saw was Delaware Trust CSC Entity Services.  I was unable to find a suite 202 at 103 Foulk Road.  I did not see a suite or sign labeled WOW Tech at 103 Foulk Road.

5.    I took the photographs attached as Exhibits A-F at 103 Foulk Road during my October 23, 2019 visit.  Exhibit A is a photograph I took of the building directory, which does not list suite 202 or WOW Tech. Exhibit B is a photograph I took of the Delaware Trust CSC

Entity Services sign, which does not list suite 202.  Exhibits C-F are photographs I took of the only marked suite doors in the building, each of which was labeled CSC.

6.  102 Foulk Rd. was an empty lot with no businesses or buildings.  I did not take any photographs at 102 Foulk Road because there was nowhere to pull off the road.  Exhibit G is a screenshot of the Google Maps listing for 102 Foulk Road I took on October 23, 2019, which does not show any buildings or businesses at 102 Foulk Road.

7.  At 410 Foulk Road, I saw the Lombardy Medical Center.  I did not see a suite or sign labeled WOW Tech at 410 Foulk Road.

8.  I took the photographs attached as Exhibits H-L at 410 Foulk Road during my October 23, 2019, visit.  Exhibit H is a photograph I took of the street sign at 410 Foulk Road reading "Lombardy Center" with the street number 410 printed on it.  Exhibit I is a photograph I took of the Lombardy Medical Center and adjacent parking lot.  Exhibit J is a photograph I took of the Lombardy Center directory, which does not list WOW Tech.  Exhibit K is a second photograph I took of the Lombardy Medical Center directory, which lists "Serene Minds" as suite 102's occupant. Exhibit L is a photograph I took of the door labeled "Suite 102" at the Lombardy Medical Center, which is also labeled "Serene Minds," not WOW Tech.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wilmington, Delaware on December 5, 2019.

*/s/ Denise Stitik*

Denise Stitik

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



# EXHIBIT G



# EXHIBIT H



# EXHIBIT I



# EXHIBIT J



# EXHIBIT K



# EXHIBIT L

