IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIS, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>INTIHEALTH GER GMBH, WOW TECH USA, LTD., WOW TECH CANADA, LTD. AND NOVOLUTO GMBH, <br><br>　　　　　Defendants. | § § § § § § § § § § § § § Civil Action No. 19-cv-1227-LPS |

## STATUS REPORT REGARDING *INTER PARTES* REVIEWS

Defendants IntiHealth Ger GmbH, WOW Tech USA, Ltd., WOW Tech Canada, Ltd., and Novoluto GmbH (collectively "WOW Tech") respectfully provide this Court notice that the Patent Trial and Appeal Board's (PTAB) has issued final written decisions in the *inter partes* reviews ("IPR") of (1) U.S. Patent No. 9,937,097 ("the '097 Patent"), Case No. IPR 2019-01302, (2) U.S. Patent No. 9,763,851 ("the '851 Patent"), Case No. IPR2019-01444, and (3) U.S. Patent No. 9,849,061 ("the '061 Patent"), Case No. IPR2020-00007.

The final written decision for IPR2019-01302 issued on June 14, 2021, in favor of Patent Owner, Novoluto GmbH; all challenged claims were upheld as patentable. Ex. 1.

The final written decision for IPR2019-01444 issued on August 5, 2021, in favor of Patent Owner, Novoluto GmbH; all challenged claims were upheld as patentable. Ex. 2.

The final written decision for IPR2020-00007 issued on September 23, 2021, in favor of Patent Owner, Novoluto GmbH; all challenged claims were upheld as patentable. Ex. 3.

Date: September 29, 2021                                 **CHIPMAN BROWN CICERO & COLE, LLP**

    */s/ Paul D. Brown*

OF COUNSEL:  Paul D. Brown (No. 3903)
Tammy J. Terry  Joseph B. Cicero (No. 4388)
Califf Cooper  Hercules Plaza
**OSHA BERGMAN WATANABE &**  1313 North Market Street, Suite 5400
  **BURTON LLP**  Wilmington, Delaware 19801
Two Houston Center  (302) 295-0191
909 Fannin, Suite 3500  brown@chipmanbrown.com
Houston, TX 77010  cicero@chipmanbrown.com
(713) 228-8600
OLWOWTechDE@obwbip.com  *Attorneys for Defendants*

00016161.1                                               2