IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1227 (LPS) |
| | ) | |
| INTIHEALTH GER GMBH, | ) | |
| WOW TECH USA, LTD., | ) | |
| WOW TECH CANADA, LTD. and | ) | |
| NOVOLUTO GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

Whereas, two additional patents have been added to this action; and

Whereas, Defendants have named three foreign entities (EIS GmbH, Triple A Import GmbH and Triple A Marketing GmbH) as additional parties to this action;

It is hereby stipulated by the parties, subject to the approval of the Court, that:

(1)     Plaintiff's counsel has agreed to accept service of Defendants' Answer and Counterclaims for EIS GmbH, Triple A Import GmbH and Triple A Marketing GmbH;

(2)     The time for Plaintiff to respond to Defendants' Answer and Counterclaims is extended until November 12, 2021;

(3)     The time for EIS GmbH, Triple A Import GmbH and Triple A Marketing GmbH to each respond to Defendants' Answer and Counterclaims is extended until December 13, 2021;

(4)     Plaintiff, EIS GmbH, Triple A Import GmbH and Triple A Marketing GmbH reserve all other rights, including whether EIS GmbH, Triple A Import GmbH and Triple A Marketing GmbH are proper parties to this action;

(5)     Defendants reserve all other rights, including whether there should be a separate trial for U.S. Patent Nos. 11,090,220 and 11,103,418 to avoid jury confusion over estoppel applying to some patents and not others;

(6)     Upon entry of this Stipulation and Order by the Court, Defendants withdraw their motion for leave to amend their Answer, Affirmative Defenses and Counterclaims (D.I. 107); and

(7)     The Scheduling Order is revised to provide the following dates:

| Event | Current Date | Revised Date |
|---|---|---|
| Identification of Accused Products for New Patents | | 10/22/2021 |
| Production of Core Technical Documents for New Patents | | 11/22/2021 |
| Initial Infringement Contentions for New Patents | | 12/22/2021 |
| Initial Invalidity Contentions | 10/8/2021 | 10/8/2021 for '851, '061, and '097 patents; 2/25/2022 for New Patents |
| Claim Construction Exchange of Terms | 10/22/2021 | 3/11/2022 |
| Joint Claim Construction Chart | 11/12/2021 | 3/23/2022 |
| Plaintiff's Opening Claim Construction Brief | 11/23/2021 | 4/5/2022 |
| Defendants' Answering Claim Construction Brief | 12/23/2021 | 5/5/2022 |
| Interim Status Report | 1/7/2022 | 5/20/2022 |
| Substantial Completion of Document Production | 1/14/2022 | 5/27/2022 |
| Plaintiff's Reply Claim Construction Brief | 1/14/2022 | 5/27/2022 |
| Defendants' Surreply Claim Construction Brief | 1/28/2022 | 6/10/2022 |
| Joint Claim Construction Brief | 2/4/2022 | 6/17/2022 |
| Tech Tutorial | 2/4/2022 | 6/17/2022 |
| Comments on Opposing Party's Tech Tutorial | 2/9/2022 | 6/22/2022 |
| Claim Construction Hearing | 2/28/2022 | 7/11/2022, or at the Court's convenience |
| Final Infringement Contentions | 4/15/2022 | 8/26/2022 |
| Close of Fact Discovery | 4/29/2022 | 9/9/2022 |
| Final Invalidity Contentions | 5/20/2022 | 9/16/2022 |

| Event | Current Date | Revised Date |
|---|---|---|
| Opening Expert Reports | 6/15/2022 | 10/5/2022 |
| Responsive Expert Report | 8/1/2022 | 11/14/2022 |
| Reply Expert Reports | 8/22/2022 | 12/5/2022 |
| Close of Expert Discovery | 9/23/2022 | 1/6/2023 |
| Case Dispositive Motions Opening Briefs | 10/7/2022 | 1/13/2023 |
| Case Dispositive Motions Opposition Briefs | 10/28/2022 | 2/3/2023 |
| Case Dispositive Motions Reply Briefs | 11/10/2022 | 2/16/2023 |
| Case Dispositive Motions Hearing | 12/2/2022 | 3/10/2023, or at the Court's convenience |
| Status Conference | 12/2/2022 | 3/10/2023 |
| Joint Pretrial Order | 1/20/2023 | 4/28/2023 |
| Pretrial Conference | 1/27/2023 | 5/5/2023, or at the Court's convenience |
| Beginning of 8-Day Trial | 2/6/2023 | 5/15/2023, or at the Court's convenience |

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Naveen Modi
David Valente
James Razick
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC  20036
(202) 551-1700

October 12, 2021

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Paul D. Brown*

_____

Paul D. Brown (#3903)
Joseph B. Cicero (#4388)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801
(302) 295-0191
brown@chipmanbrown.com
cicero@chipmanbrown.com

*Attorneys for Defendants*

OF COUNSEL:

Tammy J. Terry
Califf T. Cooper
OSHA BERGMAM WATANABE & BURTON LLP
Two Houston Center
909 Fannin, Suite 3500
Houston, TX  77010
(713) 228-8600


IT IS SO ORDERED, this ____day of October, 2021.


_____
The Honorable Leonard P. Stark