# EXHIBITS 5-8

# HAVE BEEN REDACTED IN THEIR ENTIRETY

# EXHIBIT 9



Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?



**Customer reviews**

No customer reviews











https://www.amazon.com/%F0%9D%90%92%F0%9D%90%80%F0%9D%90%93%F0%9D%90%88%F0%9D%90%92%F0%9D%90%85Y%F0...





https://www.amazon.com/%F0%9D%90%92%F0%9D%90%80%F0%9D%90%93%F0%9D%90%88%F0%9D%90%92%F0%9D%90%85Y%F0...





https://www.amazon.com/%F0%9D%90%92%F0%9D%90%80%F0%9D%90%93%F0%9D%90%88%F0%9D%90%92%F0%9D%90%85Y%F0...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?



## Customer reviews

No customer reviews

5 star | 0%
4 star | 0%
3 star | 0%
2 star | 0%
1 star | 0%

How are ratings calculated?

12/6/2021, 12:26 PM