# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jack B. Blumenfeld
(302) 351-9291
jblumenfeld@morrisnichols.com

December 20, 2021

The Honorable Leonard P. Stark                 *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re:   *EIS, Inc. v. IntiHealth Ger GmbH et al.*
>        C.A. No. 19-1227 (LPS)

Dear Judge Stark:

Plaintiff EIS, Inc. ("EIS") hereby withdraws its December 17, 2021 motion for emergency relief, or in the alternative, for limited expedited discovery.  D.I. 170.  Amazon notified EIS earlier today that it is "in the process [of] reinstating" EIS's "Satisfyer" products upon review of the "information [EIS] provided regarding on-going litigation between EIS Inc and Novoluto, and will defer to the decision of the court in this matter."  Therefore, there is no need for the Court's assistance at this time.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac

cc:    All Counsel of Record (via electronic mail)