IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1227 (VAC) |
| | ) | |
| INTIHEALTH GER GMBH, | ) | |
| WOW TECH USA, LTD., | ) | |
| WOW TECH CANADA, LTD. and | ) | |
| NOVOLUTO GMBH, | ) | |
| | ) | |
| Defendants. | ) | |
| NOVOLUTO GMBH, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EIS, INC., EIS GMBH, | ) | |
| TRIPLE A IMPORT GMBH, | ) | |
| and TRIPLE A MARKETING GMBH, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order (D.I. 65) as amended (D.I. 129), Plaintiff EIS, Inc., and Counterclaim-Defendants EIS GmbH, Triple A Import GmbH, and Triple A Marketing GmbH (collectively, "EIS") and Defendant and Counterclaim-Plaintiff Novoluto GmbH ("Novoluto") hereby submit their Joint Claim Construction Chart, attached as Exhibit A, with regard to the identified terms of U.S. Patent Nos. 9,763,851 ("'851 Patent"), 9,849,061 ("'061 Patent"), 9,937,097 ("'097 Patent"), 11,090,220 ("'220 Patent"), and 11,103,418 ("'418 Patent").

The parties reserve the right to rely on additional intrinsic evidence to the extent that it is necessary to provide additional context or to rebut arguments made by another party. The parties

further reserve the right to rely on any intrinsic evidence identified by any other party. The parties also reserve their rights to rely on extrinsic evidence.[1]

| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | CHIPMAN BROWN CICERO & COLE, LLP |
|---|---|
| */s/ Brian P. Egan* | */s/ Paul D. Brown* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com | Paul D. Brown (#3903)<br>Joseph B. Cicero (#4388)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>(302) 295-0191<br>brown@chipmanbrown.com<br>cicero@chipmanbrown.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| Chetan Bansal<br>James Razick<br>David Valente<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC 20036<br>(202) 551-1700 | Tammy J. Terry<br>Califf Cooper<br>Lisa E. Margonis<br>Peter C. Schechter<br>OSHA BERGMAN WATANABE & BURTON LLP<br>Two Houston Center<br>909 Fannin, Suite 3500<br>Houston, TX 77010<br>(713) 228-8600 |

March 23, 2022

---

[1] **EIS's Footnote**: EIS's proposed constructions and identification of terms as indefinite for the purposes of claim construction (or lack thereof) are not admissions that any asserted claim is valid, including under 35 U.S.C. § 112. EIS reserves its right to raise all validity issues at an appropriate time as fact and expert discovery progresses.

**Exhibit A**

**Disputed Claim Terms**

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| 1. | "connection element" | '851 Patent, Claim 1; '061 Patent, Claims 1, 2[2] | "media flow path with a smaller cross-sectional area than the first chamber"<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: *see, e.g.,* Abstract, 3:12-16, 3:58-4:2, 4:26-36, 4:64-6:5, 6:56-7:26, 8:16-31, 8:46-12:27, 13:20-36, 13:50-60, 14:1-5, 14:15-16:22; FIGs. 3-12f<br><br>'220 Patent: *see, e.g.,* 5:38-64, 6:4-18, 6:41-7:2, 7:27-47, 9:1-16, 9:29-13:5, 14:60-16:31; FIGs. 3-12f<br><br>'418 Patent: *see, e.g.,* '418 Patent: *see, e.g.,* 5:38-64, 6:4-18, 6:41-7:2, 7:27-47, 9:1-16, | No construction required.<br><br>Plain and ordinary meaning: "structure that connects two structures"<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: 8:19-20; 9:11-14 & 55-62; 10:25-27; 11:3-9; 14:22-26 & 38-39 & 43-47 & 56-58; 15:11-15; 16:7-8 & 12-16.<br><br>'061 Patent: 8:58-59; 10:32-35; 11:11-15 & 27-33 & 51-53; 12:36-41; 16:28-30 & 41-43 & 58-60; 18:1-3 & 18-20. |

---

[2] **EIS's Footnote:** EIS asserts the phrase "all claims construed to include the term "connection element"" should also be included in the "Relevant Claims" column for this term.

**Novoluto's Footnote:** Novoluto asserts it is inappropriate to include such language in this chart for at least three reasons: (1) such language does not identify any specific claim and, therefore, fails to aid the Court in understanding what claims are relevant to the dispute term/phrase/clause; (2) claims that do not actually include the disputed term/phrase/clause, by definition, are not relevant to the disputed term; and, (3) such language suggests the Court will need to import the disputed term/phrase/clause into claims that do not include the disputed term/phrase/clause, which would violate basic tenets of claim construction.

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| | | | 9:29-13:5, 14:60-16:64; FIGs. 3-12f<br><br>'061 Patent: *see, e.g.,* Abstract, 3:5-16, 3:50-64, 4:22-51, 4:60-5:19, 8:55-9:8, 9:36-43, 10:18-10:42, 11:11-37, 11:44-12:3, 12:15-13:24, 13:42-62, 15:22-16:20, 16:21-18:51; FIGs. 3-12f<br><br>'097 Patent: *see, e.g.,* 6:30-31, 6:40-7:6, 9:42-62, 10:23-30, 11:5-30, 11:66-12:24, 12:30-57, 13:1-14:9, 14:26-45, 16:5-67, 17:1-18:61, FIGs. 3-12f<br><br>Novoluto's May 28, 2014 submission during the prosecution of DE102013110501*<br><br>Novoluto's September 18, 2017 response to the opposition papers against DE102013110501*<br><br>German Patent and Trademark Office's June 29, 2018 Decision in the opposition proceeding against DE102013110501*<br><br>*Certified English translations will be provided with EIS's briefing to the extent these documents are relied on. | |

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| 2. | "an opening" / "opening of the/a chamber" | '851 Patent, Claims 1, 2; '061 Patent, Claims 1-3; '097 Patent, Claims 1, 3, 12, 15, 17, 19, 26, 29; '220 Patent, Claims 1, 3, 10, 17, 19; '418 Patent, Claims 1, 3, 11, 19, 21 | "an aperture to the immediately contiguous structure"<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: *see, e.g.,* Abstract, 2:14-62, 3:58-4:19, 4:26-40, 4:64-6:5, 7:25-30, 8:16-12:27, 12:49-13:6, 13:20-14:14, 14:15-16:22; FIGs. 3-12f<br><br>'220 Patent: *see, e.g.,* 4:6-51, 4:65-5:29, 5:38-49, 6:41-7:2, 9:59-11:15, 11:49-62, 12:35-13:5, 14:10-14, 14:42, 14:60-16:57; FIGs. 3-12f<br><br>'418 Patent: *see, e.g.,* 4:6-51, 4:65-5:29, 5:38-49, 6:41-7:2, 9:59-11:15, 11:49-62, 12:35-13:5, 14:9-13, 14:41, 14:60-16:64; FIGs. 3-12f<br><br>'061 Patent: *see, e.g.,* Abstract, 2:10-63, 3:5-16, 3:26-36, 3:50-64, 4:22-51, 4:60-5:36, 6:24-42, 8:16-21, 8:55-9:3, 9:64-13:67, 14:49-15:8, 15:22-39, 16:3-6, 16:23-18:51; FIGs. 3-12f<br><br>'097 Patent: *see, e.g.,* Abstract, 2:15-67, 3:11-35, 3:44-65, 4:51-5:4, 5:28-42, 6:1-7:35, 8:6-23, 9:42-57, 10:51-14:50, 16:16-20, | No construction required.<br><br>The terms "an opening" / "opening of the/a chamber" do not appear in all of the identified "relevant claims." The plain and ordinary meaning of the term "opening" (noun) is "a hole that allows access."<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: 4:64-67; 5:1-6; 9:11-13 & 59-61 & 64-67; 10:1-2 & 8-10 & 15-16; 11:1-3 & 57-64; 12:18-23; 13:32-36; 14:18-26 & 43-44 & 48-50; 15:7-15; 16:12-13 & 17; Figs. 3-11, 12(e) & (f).<br><br>'061 Patent: 4:22-38; 6:31-35; 10:32-34; 11:17-19 & 22-28 & 34-37 & 41-42; 12:33-36; 13:30-37 & 58-64; 15:35-39; 16:26-27 & 46-49; 17:11-15 & 51-52; Figs. 3-11, 12(e) & (f).<br><br>'097 Patent: 3:21-27 & 52-54; 4:53-54; 6:1-10 & 12-18; 8:11-15; 10:35-36; 11:20-22; 12:4-6 & 9-17 & 21-24 & 28- |

3

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| | | | 16:51-54, 17:2-18:61, FIGs. 3-12f | 29; 13:19-22; 14:14-21 & 42-47; 16:16-20; 17:11-12 & 19-20 & 46-47 & 59-60; 18:9-10 & 16-18 & 40-41 & 56-57; Figs. 3-11, 12(e) & (f).<br><br>'220 Patent: 4:17-22 & 41-43; 5:38-43; 6:41-50; 9:61-63; 10:42-44 & 46-52 & 57-59 & 63-64; 11:49-51; 12:37-44 & 63-13:1; 14:10-14; 15:1-7 & 15-16 & 45-47; 16:4-11 & 20-21; Figs. 3-11, 12(e) & (f).<br><br>'418 Patent: 4:17-22 & 41-43; 5:38-43; 6:41-50; 9:61-63; 10:42-44 & 46-52 & 57-59 & 63-64; 11:49-51; 12:37-44 & 63-13:1; 14:9-13; 15:1-6 & 16-17 & 49-53; 16:6-11 & 20-21; Figs. 3-11, 12(e) & (f). |
| 3. | "flexible wall" / "flexible wall portion" | '097 Patent, Claim 1, 6, 7, 12, 16, 17, 22, 26, 28, 30; '220 Patent, Claims 1, 4, 5, 14, 17, 20, 21; '418 Patent, Claims 1, 4, 5, 10, 15, 17, 19, 22, 23, 34, 35 | "wall/wall portion that deflects without folding and unfolding like a bellows"<br><br>**Intrinsic Evidence:** | No construction required.<br><br>Plain and ordinary meaning: "a wall that is able to bend or to be bent easily without breaking"<br><br>**Intrinsic Evidence:** |

4

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| | | | IPR2019-01302, Patent Owner's Preliminary Response at 52-53<br><br>IPR2019-01302, Patent Owner's Response at 46 n.2<br><br>'851 Patent: *see, e.g.,* 8:21-31, 9:11-33, 9:47-58, 10:12-11:43, 13:50-14:14, 14:15-16:22; FIGs. 3-10c<br><br>'220 Patent: *see, e.g.,* Abstract, 4:6-23, 4:33-51, 10:4-11:23, 14:60-16:31; FIGs. 3-10c<br><br>'418 Patent: *see, e.g.,* Abstract, 4:6-23, 4:33-51, 10:4-11:23, 14:60-16:64; FIGs. 3-10c<br><br>'061 Patent: *see, e.g.,* 8:60-9:4, 9:36-43, 10:29-13:13, 16:23-18:51; FIGs. 3-10c<br><br>'097 Patent: *see, e.g.,* Abstract, 3:11-65, 9:47-57, 10:23-30, 11:16-13:65, 17:1-18:61, FIGs. 3-10c | '097 Patent: 11:31-32 & 34-36 & 40-44 & 60-66; 17:3 & 28 & 41; 18:2 & 33-35 & 49-52.<br><br>'220 Patent: 10:4-5 & 7-9 & 12-16 & 32-37; 14:61; 15:19-20; 16:24-25.<br><br>'418 Patent: 10:4-5 & 7-9 & 12-16 & 32-37; 14:61; 15:20-21; 16:24-25. |
| 4. | "pressure field generator" | '851 Patent, Claim 1; '097 Patent, Claims 17, 21, 22, 26, 27, 28, 30; '220 Patent, Claims 17, 20; '418 Patent Claim 19 | Means plus function term having the following structure and function:<br><br>Structure: "at least a first chamber, at least a second chamber, and at least one | Not a means-plus-function term.<br><br>"a component that generates a pressure field" |

5

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| | | | connection element that connects the first chamber with the second chamber and equivalents"<br><br>Function: "generating a pressure field"<br><br>**Alternatively:**<br><br>"at least a first chamber, a second chamber, and a connection element that connects the first chamber with the second chamber"<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: *see, e.g.,* Abstract, 1:55-3:42, 3:58-4:8, 4:20-29, 4:41-6:20, 6:35-47, 6:64-7:30, 7:40-44, 7:54-61, 8:16-20, 8:46-57, 8:60-9:8, 9:27-66, 10:1-59, 11:1-54, 12:8-27, 12:40-13:6, 13:16-14:14, 14:15-16:22; FIGs. 3-12f<br><br>'220 Patent: *see, e.g.,* Abstract, 4:6-28, 4:33-51, 5:1-24, 5:38-7:2, 7:10-65, 8:25-29, 9:1-16, 9:33-13:5, 14:32-35, 14:60-16:31; FIGs. 3-12f<br><br>'418 Patent: *see, e.g.,* Abstract, 4:6-28, 4:33-51, 5:1-24, 5:38-7:2, 7:10-65, 8:25-29, 9:1-16, | **Intrinsic Evidence:**<br><br>'851 Patent: *See, e.g.*, 3:58-4:1; 4:26-28 & 33-39; 5:15-16, 44-48, 52-54; 8:16-20; 8:50-57; 8:66-9:8; 9:27-33; 9:47-58; 10:11-34; 11:43-67; 11:15-18; 11:32-53; 12:8-27; 12:49-13:40; 14:16-50, 65-67; 15:4-16:21; Figs. 4-11.<br><br>'097 Patent: *See, e.g.*, 3:44-52, 59-65; 4:51-60; 5:28-31, 36-42; 6:21-22, 51-57, 62-64; 9:42-46; 11:5-16; 12:25-29; 12:30-48; 12:58-67; 13:1-18; 13:34-37; 13:52-65; 13:65-14:11; 14:32-50; 15:32-58; 15:59-67; 16:1-4; 16:5-24; 18:1-13, 21-23, 24-26, 33-47, 49-54, 58-61; Figs. 4-11.<br><br>'220 Patent: *See, e.g.*, 4:33-41 & 46-51; 5:38-47; 6:4-6 & 11-16 & 59-60; 7:20-23 & 27-29; 9:1-5 & 49-58; 10:60-11:15; 11:24-48, 63-66; 12:12-33; 12:54-13:5; 13:27-14:18; 15:53-16:16; 16:22-23; 16:37-55; Figs. 4-11.<br><br>'418 Patent: *See, e.g.*, 4:33-41 & 46-51; 5:38-47; 6:4-6 & |

6

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
|  |  |  | 9:33-13:5, 14:32-35, 14:60-16:64; FIGs. 3-12f<br><br>'061 Patent: *see, e.g.,* Abstract, 1:55-2:63, 3:5-25; 3:50-4:28, 4:39-5:52, 5:62-6:10, 6:26-38, 6:56-7:11, 7:22-36, 7:59-8:21, 8:34-59, 9:9-10:28, 10:49-11:61, 12:4-23, 12:33-13:37, 13:48-66, 14:13-20, 14:27-36, 14:49-15:8, 15:18-21, 15:30-16:20, 16:21-18:51; FIGs. 3-12f | 11-16 & 59-60; 7:20-23 & 27-29; 9:1-5 & 49-58; 10:60-11:15; 11:24-48 & 63-66; 12:12-33; 12:54-13:5; 13:27-14:17; 15:60-16:16; 16:38-56; Figs. 4-11. |
| 5. | "chamber" | '851 Patent, Claims 1, 2, 4-6; '061 Patent, Claims 1, 3, 5, 7, 24; '097 Patent, Claims 1, 5, 6, 12, 14, 16, 21, 28; '220 Patent, Claims 1, 4; '418 Patent, Claims 1, 4, 18, 19, 22[3] | "enclosed cavity"<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: *see, e.g.,* Abstract, 2:14-62, 3:58-4:2, 4:9-19, 4:26-40, 4:65-5:25, 5:34-6:5, 7:25-26, 8:16-31, 8:38-45, 8:50-57, 8:66-10:66, 11:15-12:18, 12:49-66, 13:20-36, 13:50-14:14, 14:15-16:22; FIGs. 3-12f<br><br>'220 Patent: *see, e.g.,* Abstract, 2:24-32, 2:44-47, 2:55-61, 3:1- | No construction required.<br><br>Plain and ordinary meaning: "compartment"<br><br>**Intrinsic Evidence:**<br><br>'851 Patent:  *See, e.g.,* 8:16-28, 39-40, 50-57; 8:67-9:8; 9:27-58; 10:19-21; 10:55-12:27; Figs. 3-11, 12(e) & (f). |

---

[3] **EIS's Footnote:**  EIS asserts the phrase "all claims construed to include the term "chamber"" should also be included in the "Relevant Claims" column for this term.

**Novoluto's Footnote:**  Novoluto asserts it is inappropriate to include such language in this chart for at least three reasons: (1) such language does not identify any specific claim and, therefore, fails to aid the Court in understanding what claims are relevant to the dispute term/phrase/clause; (2) claims that do not actually include the disputed term/phrase/clause, by definition, are not relevant to the disputed term; and, (3) such language suggests the Court will need to import the disputed term/phrase/clause into claims that do not include the disputed term/phrase/clause, which would violate basic tenets of claim construction.

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| | | | 5, 4:6-51, 4:65-5:29, 5:38-49, 6:10-18, 6:41-7:2, 7:10-23, 7:27-47, 9:1-13:5, 13:26-51, 13:65-14:14, 14:33-34, 14:60-16:57; FIGs. 3-12f<br><br>'418 Patent: *see, e.g.,* Abstract, 2:24-32, 2:44-47, 2:55-61, 3:1-5, 4:6-51, 4:65-5:29, 5:38-49, 6:10-18, 6:41-7:2, 7:10-23, 7:27-47, 9:1-13:5, 13:26-51, 13:65-14:14, 14:33-34, 14:60-16:64; FIGs. 3-12f<br><br>'061 Patent: *see, e.g.,* Abstract, 2:10-2:39, 3:5-16, 3:26-37, 3:54-64, 4:22-51, 4:60-5:36, 6:26-42, 8:16-17, 8:55-67, 9:55-63, 10:1-8, 10:18-60, 11:3-16, 11:20-27, 11:33-12:32, 12:48-13:58, 14:49-15:8, 15:22-39, 15:54-16:20, 16:21-18:51; FIGs. 3-12f | '061 Patent: *See, e.g.*, 8:55-67; 9:56-57; 10: 1-8; 18-28; 10:49-11:16; 11:45-49; 12:17-13:67; Figs. 3-11, 12(e) & (f).<br><br>'097 Patent: *See, e.g.*, 9:42-54; 10:43-44; 11:5-15; 11:37-12:3; 12:32-35; 13:4-14:50; Figs. 3-11, 12(e) & (f).<br><br>'220 Patent: *See, e.g.*, 9:1-13, 22-23, 33-40, 49-58; 10:10-41; 10:66-11:2; 11:34-13:5; Figs. 3-11, 12(e) & (f).<br><br>'418 Patent: *See, e.g.*, 9:1-13, 22-23, 33-40, 49-58; 10:10-41; 10:66-11:2; 11:34-13:5; Figs. 3-11, 12(e) & (f). |
| 6. | "stimulation device" | '851 Patent, 1, 2, 4-6; '061 Patent, Claims 1-3, 5, 7, 8, 11-19, 21; '097 Patent, Claims 1-13, 17-27; '220 Patent, 1, 3-12, 14, 16, 17, and 19-25; '418 Patent, 1, 3-13, 15, 17-19, 21-27, 34, and 35 | "a device including at least a first chamber, a second chamber, and a connection element connecting the first chamber with the second chamber"<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: *see, e.g.,* Abstract, 1:12-7:44, 8:14-9:26, 10:17-42, | No construction required.<br><br>Alternatively: "a device that is capable of sexually arousing or exciting."<br><br>**Intrinsic Evidence:** |

8

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| | | | 11:1-12:6, 12:28-14:14, 14:15-16:22; FIGs. 1-14c<br><br>'220 Patent: *see, e.g.,* Abstract, 1:19-22, 3:53-9:20, 9:29-16:31, FIGs. 1-14c<br><br>'418 Patent: *see, e.g.,* Abstract, 1:19-22, 3:53-9:20, 9:29-16:64, FIGs. 1-14c<br><br>'061 Patent: *see, e.g.,* Abstract, 1:16-3:17, 3:26-50, 4:10-7:40, 7:49-10:48, 11:43-61, 12:33-65, 14:1-16:20, 16:21-18:51; FIGs. 1-14c<br><br>'097 Patent: *see, e.g.,* Abstract, 1:15-28, 3:1-7:42, 7:66-8:5, 8:66-18:30; FIGs. 1-14c | '851 Patent: 4:26-33; 8:58-65; 12:66-13:3.<br><br>'061 Patent: 3:50-58; 7:27-36; 10:9-17; 15:1-5.<br><br>'097 Patent: 5:28-36; 9:4-10; 10:63-11:4; 15:51-55.<br><br>'220 Patent: 6:4-10; 9:41-48; 13:44-48.<br><br>'418 Patent: 6:4-10; 9:41-48; 13:44-48. |
| 7. | "create the modulated positive and negative pressures based on modulated frequencies" | '418 Patent, Claims 1, 19 | Indefinite<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: *see, e.g.,* 6:6-25, 7:29-30, 7:54-8:4, 12:28-13:49, 14:15-16:22; FIGs. 4-6, 14a-14c<br><br>'418 Patent: *see, e.g.,* Abstract, 5:32-33, 6:19-40, 8:39-46, 13:6-14:26, 14:60-16:35; FIGs. 4-6, 14a-14c | No construction required.<br><br>Not indefinite. |

9

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| | | | IPR2019-01444, Ex. 1015 at 45:11-48:15, Ex. 1016 at 62:14-69:13 | |
| 8. | "sealingly engage a portion of a body of a user including a clitoris" | '220 Patent, Claims 1, 17; '418 Patent, Claims 1, 19 | Indefinite<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: *see, e.g.,* Abstract, 1:12-3:11, 3:58-5:12, 6:6-52, 8:50-10:34, 11:1-14:14, 14:15-16:22; FIGs. 1-14c<br><br>'220 Patent: *see, e.g.,* 9:49-58, 12:35-13:5, 13:27-51, 14:60-16:31; FIGs. 1-14c<br><br>'418 Patent: *see, e.g.,* 9:49-58, 12:35-13:5, 13:27-51, 14:60-16:64; FIGs. 1-14c<br><br>U.S. Patent. App. No. 15/965,117, 2019-06-06 Applicant Remarks at 14-16 | No construction required.<br><br>Not indefinite. |
| 9. | "reference pressure" | '851 Patent, Claims 1, 2, 4-6; '061 Patent, Claims 1-3, 5, 7, 8, 11-19, 21-26; '097 Patent, Claims 1-30; '220 Patent, Claims 1, 3-12, 14, 16, 17, 19-25; '418 Patent, Claims 1, 3-13, 15, 17-19, 21-27, 34, 35. | No construction required.<br><br>**Intrinsic Evidence:**<br><br>'851 Patent: *see, e.g.,* 4:3-63, 9:38-67, 12:49-13:19; FIGs. 4-6, 14a-14c | "a prevailing pressure acting on the device prior to placing the stimulation device on the area of skin to be stimulated."<br><br>**Intrinsic Evidence:**<br><br>'061 Patent: 3:38-41; *EIS GmbH v. Novoluto GmbH*, IPR2020-00007, Paper 41, |

10

| No. | Term/Phrase/Clause | Relevant Claims | EIS's Construction | Novoluto's Construction |
|---|---|---|---|---|
| | | | '220 Patent: *see, e.g.,* Abstract, 4:6-51, 5:38-6:40, 10:21-41, 13:27-64, FIGs. 4-6, 14a-14c<br><br>'418 Patent: *see, e.g.,* Abstract, 4:6-51, 5:38-6:40, 10:21-41, 13:27-64, FIGs. 4-6, 14a-14c<br><br>'061 Patent: *see, e.g.,* 3:17-4:21, 9:64-11:26, 14:49-15:21; FIGs. 4-6, 14a-14c<br><br>'097 Patent: *see, e.g.,* Abstract, 3:11-35, 3:44-65, 4:63-6:31, 10:51-12:14, 15:32-16:4; FIGs. 4-6, 14a-14c<br><br>IPR2019-01302 Final Written Decision at 10-12<br><br>IPR2019-01444 Final Written Decision at 10-13<br><br>IPR2020-00007 Final Written Decision at 18-21 | 17-21 (P.T.A.B. September 23, 2021).<br><br>'097 Patent: 5:17-20; *EIS GmbH v. Novoluto GmbH*, IPR2019-01302, Paper 50, 10-12 (P.T.A.B. June 14, 2021).<br><br>'851 Patent: 4:20-25; *EIS GmbH v. Novoluto GmbH*, IPR2019-01444, Paper 45, 10-13 (P.T.A.B. August 5, 2021).<br><br>'220 Patent: 5:65-6:3.<br><br>'418 Patent: 5:65-6:3. |

11