IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1227 (VAC) |
| | ) | |
| INTIHEALTH GER GMBH, | ) | |
| WOW TECH USA, LTD., | ) | |
| WOW TECH CANADA, LTD. and | ) | |
| NOVOLUTO GMBH, | ) | |
| | ) | |
| Defendants. | ) | |
| NOVOLUTO GMBH, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EIS, INC., EIS GMBH, | ) | |
| TRIPLE A IMPORT GMBH, | ) | |
| and TRIPLE A MARKETING GMBH, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

## APPENDIX TO JOINT CLAIM CONSTRUCTION CHART

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Plaintiff*

CHIPMAN BROWN CICERO & COLE, LLP
Paul D. Brown (#3903)
Joseph B. Cicero (#4388)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
(302) 295-0191
brown@chipmanbrown.com
cicero@chipmanbrown.com

*Attorneys for Defendants*

OF COUNSEL:

Chetan Bansal
James Razick
David Valente
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC  20036
(202) 551-1700


March 23, 2022

OF COUNSEL:

Tammy J. Terry
Califf Cooper
Lisa E. Margonis
Peter C. Schechter
OSHA BERGMAN WATANABE & BURTON LLP
Two Houston Center
909 Fannin, Suite 3500
Houston, TX  77010
(713) 228-8600

| PATENTS IN SUIT | |
|---|---|
| **Exhibit** | **Description** |
| A | U.S. Patent No. 9,763,851 B2 |
| B | U.S. Patent No. 9,849,061 B2 |
| C | U.S. Patent No. 9,937,097 B2 |
| D | U.S. Patent No. 11,090,220 B2 |
| E | U.S. Patent No. 11,103,418 B2 |
| OTHER INTRINSIC EVIDENCE | |
| **Exhibit** | **Description** |
| 1 | Novoluto's September 18, 2017 response to the opposition papers against DE102013110501 |
| 2 | Excerpt from IPR2019-1302, Patent Owner Preliminary Response (Paper No. 13) |
| 3 | Excerpt from IPR2019-1302, Patent Owner Response (Paper No. 30) |
| 4 | Excerpt from U.S. Patent Application No. 15/965,117 File History, Applicant Remarks |
| 5 | Novoluto's May 28, 2014 submission during the prosecution of DE102013110501 |
| 6 | Excerpt from IPR2019-01302, Final Written Decision (Paper 50) |
| 7 | Excerpt from IPR2019-01444, Final Written Decision (Paper 45) |
| 8 | Excerpt from IPR2020-00007, Final Written Decision (Paper 41) |
| 9 | German Patent and Trademark Office's June 29, 2018 Decision in the opposition proceeding against DE102013110501 |
| 10 | Excerpt from IPR2019-01444, Cross-Examination Deposition Transcript of Dr. Morten Jensen (Ex. 1015) |
| 11 | Excerpt from IPR2019-01444, Cross Examination Deposition Transcript of Dr. Debra Herbernick (Ex. 1016) |