# EXHIBITS 1-3

# HAVE BEEN REDACTED IN THEIR ENTIRETY

# EXHIBIT 4

# *Frascona, Joiner, Goodman and Greenstein, P.C.*

Oliver E. Frascona (1947-2014)
Gregg A. Greenstein
Cinthia M. Manzano
Jonathan H. Sargent
Michael A. Smeenk
Jordan C. May
Britney Beall-Eder
Zachary A. Grey
Harmon W. Zuckerman

Attorneys at Law
A Professional Corporation
4750 Table Mesa Drive, Boulder, Colorado 80305-5541
Telephone (303) 494-3000   Facsimile (303) 494-6309
www.frascona.com    andy@frascona.com

*of Counsel*
Gary S. Joiner
Jonathan A. Goodman
G. Roger Bock
Karen J. Radakovich
Jesse H. Witt
Elizabeth S. Marcus
Benjamin J. Daniels
Jeffrey M. Glotzer
—————
C. Andrew Meyer
Brittaney D. McGinnis
Phillip M. Khalife
Ekaterina Kamenetsky
Andrew B. Pipes
Caroline W. Young
Blake S. Gabriel

March 31, 2022

Califf T. Cooper, Esq.
Osha Bergman Watanabe & Burton LLP
909 Fannin St, STE 3500
Houston, TX 77010
*Via email to Cooper@obwbip.com*

**Re:**   **E.T.C. Inc. d/b/a Eldorado Trading Company ("ETC") Response to Subpoena** EIS, INC. v. INTIHEALTH GER GMBH, *et al.* United States District Court for the District of Delaware, Civil Action No. 19-cv-1227-LPS.

Mr. Cooper:

As you are aware, our firm represents ETC with respect to the subpoena to produce documents served upon it dated March 2, 2022. Please accept this letter and the documents referenced below, which have been uploaded to the file transfer protocol system designated in our recent correspondence, as a response thereto.

1.  **Request for Production No. 1:**  *Documents sufficient to show that ETC purchased Satisfyer Air Pulse Products from EIS between July 2016 and present.*

    ETC has provided copies of spreadsheets showing ETC's records related to this request. See included reports regarding purchase order quantities, purchase order amounts, receipts, and sales.

2.  **Request for Production No. 2:** *Documents sufficient to show, on a quarterly basis from July 2016 to present, the number of Satisfyer Air Pulse Products purchased, the model number (or other identifying information indicating the model or type of Satisfyer product) of Satisfyer Air Pulse Products purchased, the identity of the entity the Satisfyer Air Pulse Products were purchased from, and the unit sales of and revenue earned from Satisfyer Air Pulse Products sold by ETC.*

**Frascona, Joiner, Goodman and Greenstein, P.C.**
March 31, 2022
Page 2 of 4

ETC has provided copies of spreadsheets showing ETC's records related to this request. See included reports regarding purchase order quantities, purchase order amounts, receipts, and sales.

3. **Request for Production No. 3:** Any communication from June 2016 through August 2016 that shows that Defendants, directly or through its agents, contacted ETC and accused ETC of infringing its patent rights by distributing and/or re-selling Plaintiffs Satisfyer Pro 2 product.

ETC does not comment in any way on the legal merits of whether the produced correspondence constitutes an "accus[ation]" as described above, or any claims related thereto, but based on the undersigned's interpretation of the subject matter of the request, ETC has produced an email from the CEO of Epi24 USA LLC to ETC, dated July 11, 2016, subject "Our Partnership". To the extent that any of the other documents provided by ETC today are responsive to this request, ETC references those as well. ETC has provided all the documents that have been identified within its custody or control that may be responsive to this request.

4. **Request for Production No. 4:** All communication between ETC and EIS from July 2016 through July 2017 relating to ETC asking EIS for a letter of assurance that EIS's products did not infringe Defendants' patents.

ETC has provided copies of various correspondence and documents, labeled by date and subject line. ETC has withheld nine documents identified on the Privilege Log below.

5. **Request for Production No. 5:** All communications between ETC and EIS in which ETC told EIS that ETC would no longer buy Satisfyer products due to patent infringement allegations by WOW Tech.

ETC has provided copies of various correspondence and documents, labeled by date and subject line. ETC has withheld nine documents identified on the Privilege Log below.

6. **Request for Production No. 6:** All documents and communications relating to or mentioning this lawsuit.

ETC has provided copies of various correspondence and documents, labeled by date and subject line. ETC has withheld nine documents identified on the Privilege Log below.

**Frascona, Joiner, Goodman and Greenstein, P.C.**
March 31, 2022
Page 3 of 4


Please feel free to contact me if you have questions or would like to discuss anything.

Sincerely yours,
Frascona, Joiner, Goodman and Greenstein, P.C.

By: _/s/ Andy Meyer_
C. Andrew Meyer, Esq.

**Frascona, Joiner, Goodman and Greenstein, P.C.**
March 31, 2022
Page 4 of 4

## PRIVILEGE LOG

| No. | DATE(S) | DESCRIPTION OF DOCUMENT(S) | DESCRIPTION OF PRIVILEGE OR OTHER PROTECTION |
|---|---|---|---|
| 1 | 7.7.2016 | Email from EIS/Satisfyer VP of Sales to ETC re Patent Applications and Letter from Patent Counsel in Germany (2 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |
| 2 | 7.6-7.2016 | Emails from EIS/Satisfyer VP of Sales to ETC re Non-Disclosure Agreement and Patent Applications and Letter from Patent Counsel in Germany (3 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |
| 3 | 7.7.2016 | Non-Disclosure Agreement (3 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |
| 4 | 7.6.2016 | Letter from EIS/Satisfyer Patent Counsel in Germany (2 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |
| 5 | Undated | EIS/Satisfyer United States Patent Application (17 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |
| 6 | 4.4.2016 | EIS/Satisfyer German Patent Application (7 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |
| 7 | 5.12.2016 | EIS/Satisfyer German Patent Application (22 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |
| 8 | 3.26.2015 | EIS/Satisfyer Canadian Patent Application (39 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |
| 9 | 3.26.2015 | EIS/Satisfyer WIPO PCT Patent Application (53 pgs) | Subject to confidentiality restrictions pursuant to Non-Disclosure Agreement |