IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIS, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>INTIHEALTH GER GMBH, WOW TECH USA, LTD., WOW TECH CANADA, LTD., and NOVOLUTO GMBH,<br><br>   Defendants.<br><hr>NOVOLUTO GMBH,<br><br>   Counterclaimant,<br><br> v.<br><br>EIS, INC., EIS GMBH, TRIPLE A IMPORT GMBH, and TRIPLE A MARKETING GMBH,<br><br>   Counterclaim Defendants. | C.A. No. 19-1227-GBW |

## ORDER

At Wilmington this 9th day of January 2023:

For the reasons set forth in the Memorandum Opinion issued this day, IT IS HEREBY ORDERED that the Court construes the following claim terms of United States Patent Nos. 9,763,851 ("the '851 patent"), 11,090,220 ("the '220 patent"), 11,103,418 ("the '418 patent"), 9,849,061 ("the '061 patent"), and 9,937,097 ("the '097 patent") (collectively, the "Asserted Patents") as follows:

48

| Claim Term | Court's Construction |
|---|---|
| "connection element" | "structure that connects two structures" |
| "stimulation device" | "a device that is capable of sexually arousing or exciting" |
| "opening" | "hole" |
| "flexible wall"/"flexible wall portion" | "a wall that is able to bend or to be bent easily without breaking" |
| "pressure field generator" | "a component that generates a pressure field" |
| "chamber" | "compartment" |
| "based on modulated frequencies" | "based on changes in drive unit speed" |
| "sealingly engage a portion of a body of a user including a clitoris" | "a sufficient enough seal, which does not have to be a perfect 100 percent seal, on a portion of a body of a user including a clitoris to allow the creation of positive and negative pressures relative to the ambient pressure" |
| "reference pressure" | "a prevailing pressure acting on the device prior to placing the stimulation device on the area of skin to be stimulated" |

Because the Memorandum Opinion is filed under seal, the parties shall meet and confer and, no later than January 16, 2023, submit a joint proposed redacted version, accompanied by a supporting memorandum, detailing how, under applicable law, the Court may approve any requested redactions. In the absence of a timely, compliant request, the Court will unseal the entire opinion.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE