IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1227 (GBW) |
| | ) | |
| INTIHEALTH GER GMBH, | ) | |
| WOW TECH USA, LTD., | ) | |
| WOW TECH CANADA, LTD. and | ) | |
| NOVOLUTO GMBH, | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| NOVOLUTO GMBH, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EIS, INC., EIS GMBH, | ) | |
| TRIPLE A IMPORT GMBH, | ) | |
| and TRIPLE A MARKETING GMBH, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

**PLAINTIFF'S AND COUNTERCLAIM DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS OF DRS. CAMERON AND HERBENICK**

Plaintiff and Counterclaim Defendants EIS, Inc., EIS GmbH, Triple A Import GmbH, and Triple A Marketing GmbH ("EIS") hereby respectfully move the Court for an order excluding certain Opinions of Drs. Kimberly Cameron and Debra Herbenick. The grounds for this motion are set forth in EIS's opening brief.

WHEREFORE, EIS respectfully requests that the Court enter the enclosed and grant EIS's motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for EIS, Inc., EIS GmbH, Triple A Import GmbH, and Triple A Marketing GmbH*

OF COUNSEL:

Naveen Modi
Allan M. Soobert
Phillip W. Citroen
Chetan Bansal
David Valente
James Razick
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC  20036
(202) 551-1700

May 12, 2023

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1227 (GBW) |
| | ) |
| INTIHEALTH GER GMBH, | ) |
| WOW TECH USA, LTD., | ) |
| WOW TECH CANADA, LTD. and | ) |
| NOVOLUTO GMBH, | ) |
| | ) |
| Defendants. | ) |
| ——————————— | |
| NOVOLUTO GMBH, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| EIS, INC., EIS GMBH, | ) |
| TRIPLE A IMPORT GMBH, | ) |
| and TRIPLE A MARKETING GMBH, | ) |
| | ) |
| Counterclaim Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S AND
COUNTERCLAIM DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE
CERTAIN OPINIONS OF DRS. CAMERON AND HERBENICK**

Having considered Plaintiff and Counterclaim Defendants' *Daubert* Motion to Exclude

Certain Opinions of Drs. Cameron and Herbenick, and all papers filed in connection therewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED** that:

The following paragraphs from the expert reports of Dr. Debra Herbenick, Ph.D. are

excluded: paragraph 41 of Dr. Herbernick's Opening Expert Report (Exhibit A), paragraphs 70-

75, 87, 88, 130(e), 136, 146, 219, 235, 197, 210, 251, 316, 418, 429, 416-439, 441-453, 458-465,

467, and 470-491 of Dr. Herbernick's Rebuttal Expert Report (Exhibit B), and paragraph 53 of Dr. Herbernick's Reply Expert Report (Exhibit C).

The following paragraphs from the expert reports of Kimberly K. Cameron, Ph.D. are excluded: paragraph 46 of Dr. Cameron's Opening Expert Report (Exhibit D), and paragraphs ¶¶ 43-46, 485, 498, 500, 502, 503, and 506-522 of Dr. Cameron's Rebuttal Expert Report (Exhibit E).

**SO ORDERED** this _____ day of _____, 2023.

_____
United States District Judge

2

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1.1, I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Defendants and Counterclaim Plaintiffs and that we have not been able to reach agreement.

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 12, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Paul D. Brown, Esquire<br>Joseph B. Cicero, Esquire<br>Gregory E. Stuhlman, Esquire<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE  19801<br>*Attorneys for Defendants IntiHealth Ger GmbH,*<br>*WOW Tech USA, Ltd., WOW Tech Canada, Ltd. and*<br>*Novoluto GmbH* | *VIA ELECTRONIC MAIL* |
| Tammy J. Terry, Esquire<br>Califf T. Cooper, Esquire<br>Lisa E. Margonis, Esquire<br>Peter C. Schechter, Esquire<br>OSHA BERGMAN WATANABE & BURTON LLP<br>1100 Louisiana Street, Suite 4900<br>Houston, TX  77002<br>*Attorneys for Defendants IntiHealth Ger GmbH,*<br>*WOW Tech USA, Ltd., WOW Tech Canada, Ltd. and*<br>*Novoluto GmbH* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)