IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIS, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>INTIHEALTH GER GMBH, WOW TECH USA, LTD., WOW TECH CANADA, LTD., and NOVOLUTO GMBH,<br><br>              Defendants. | C.A. No. 19-1227-GBW |
| NOVOLUTO GMBH,<br><br>              Counterclaimant,<br><br>      v.<br><br>EIS, INC., EIS GMBH, TRIPLE A IMPORT GMBH, and TRIPLE A MARKETING GMBH,<br><br>              Counterclaim Defendants. | |

## ORDER

At Wilmington on this 5th day of September, 2023:

Before the Court are the Plaintiff EIS, Inc.'s and Counterclaim Defendants EIS GmbH's, Triple A Marketing GmbH's, and Triple A Import GmbH's (collectively, "EIS") Motions in *Limine*. *See* D.I. 615, Ex. 17. Also before the Court are Defendants IntiHealth Ger GmbH's, WOW Tech USA Ltd.'s, WOW Tech Canada Ltd.'s, and Counterclaimant Novoluto GmbH's (collectively, "Wow Tech") Motions in *Limine*. *See id.*, Ex. 18. Pursuant to the Court's oral rulings during the final pretrial conference held on September 5, 2023, which are incorporated herein, **IT IS HEREBY ORDERED** that:

1. EIS's Motion in *Limine* No. 1 is **DENIED** without prejudice;

2. EIS's Motion in *Limine* No. 2 is **DENIED**;

3. EIS's Motion in *Limine* No. 3 is **DENIED** without prejudice;

4. Wow Tech's Motion in *Limine* No. 1 is **DENIED**;

5. Wow Tech's Motion in *Limine* No. 2 is **DENIED**; and

6. Wow Tech's Motion in *Limine* No. 3 is **DENIED**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE