IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIS, INC., | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No.: 19-cv-1227-GBW |
| INTIHEALTH GER GMBH, WOW TECH USA, LTD., WOW TECH CANADA, LTD. and NOVOLUTO GMBH, | § § § § § | Demand For Jury Trial |
| Defendants. | § § | |

| | | |
|---|---|---|
| NOVOLUTO GMBH, | § § § | |
| Counterclaimant, | § § § | |
| v. | § § § | |
| EIS, INC., EIS GMBH, TRIPLE A IMPORT GMBH, and TRIPLE A MARKETING GMBH, | § § § § § | |
| Counterclaim Defendants. | § | |

**[PROPOSED] ORDER FOR EXEMPTION OF CERTAIN PERSONS
FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023
<u>STANDING ORDER ON PERSONAL DEVICES</u>**

**WHEREAS**, the Court has considered WOW's Motion for Exemption of Certain Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

**IT IS HEREBY ORDERED** that:

1. The Exemption is **GRANTED**.

2.      For purposes of the September 11-15, 2023 trial, Messrs. Tucker, Gould, and Hobbs are exempt from the Court's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices.

Date: September 7, 2023

*/s/ G.B. Williams*
The Honorable Gregory B. Williams
United States District Judge