IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1227 (GBW) |
| | ) |
| INTIHEALTH GER GMBH, | ) |
| WOW TECH USA, LTD., | ) |
| WOW TECH CANADA, LTD. and | ) |
| NOVOLUTO GMBH, | ) |
| | ) |
| Defendants. | ) |
| NOVOLUTO GMBH, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| EIS, INC., EIS GMBH, | ) |
| TRIPLE A IMPORT GMBH, | ) |
| and TRIPLE A MARKETING GMBH, | ) |
| | ) |
| Counterclaim Defendants. | ) |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered EIS's Motion requesting an exemption of persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of the September 8, 2023 Courtroom Setup and September 11-15, 2023 trial in the above-captioned case, the following persons are exempt from the District of

Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Melissa Failla, Paralegal
- Holly Peslis, Paralegal
- Jacquelynn Sellars, Paralegal
- Tom Goodin, Technology Consultant
- Brian Patterson, Technology Consultant
- Mayra Lopez, Technology Consultant
- Laurel Purewal, Trial Consultant
- John Abraham, Witness
- Jerome Bensimon, Witness
- Steve Kunin, Witness
- Kristen Mark, Witness
- Thomas Milewski, Witness
- Ewald Mittelstaedt, Witness
- Todd Schoettelkotte, Witness

3. The persons listed in Paragraph 2 shall present this Order, along with a valid photographic ID, to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

SO ORDERED this 7th day of September, 2023.

_____
The Honorable Gregory B. Williams