# EXHIBITS 10-11 REDACTED IN THEIR ENTIRETY