## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EIS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 19-cv-1227-GBW |
| | § | |
| INTIHEALTH GER GMBH, WOW TECH | § | Demand For Jury Trial |
| USA, LTD., WOW TECH CANADA, LTD. | § | |
| AND NOVOLUTO GMBH, | § | |
| | § | |
| Defendants. | § | |
| | | |
| NOVOLUTO GMBH, | § | |
| | § | |
| Counterclaimant, | § | |
| | § | |
| v. | § | |
| | § | |
| EIS, INC., EIS GMBH, | § | |
| TRIPLE A IMPORT GMBH, | § | |
| and TRIPLE A MARKETING GMBH, | § | |
| | § | |
| Counterclaim Defendants. | § | |

## DEFENDANT WOW TECH USA LTD.'S
## AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WOW Tech USA Ltd., which has recently changed its name to Lovehoney Group US Trading Ltd. and, therefore, is referred to here as "Lovehoney Group US Trading Ltd. f/k/a WOW Tech USA Ltd.," makes the following amended disclosure:

1. Lovehoney Group Canada Ltd. f/k/a WOW Tech Canada Ltd. is the corporate parent of Lovehoney Group US Trading Ltd. f/k/a WOW Tech USA Ltd.

2.      No publicly held company owns 10% or more of Lovehoney Group US Trading

Ltd. f/k/a WOW Tech USA Ltd.'s stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil

Procedure, it must promptly file a supplemental statement upon any change in the information that

this statement requires.

Dated:  July 2, 2026                                CHIPMAN BROWN CICERO & COLE, LLP

                                                     /s/ Gregory E. Stuhlman
OF COUNSEL:                                         Paul D. Brown (No. 3903)
                                                    Joseph B. Cicero (No. 4388)
Tammy J. Terry                                      Gregory E. Stuhlman (No. 4765)
Lisa E. Margonis                                    Hercules Plaza
NELSON MULLINS                                      1313 North Market Street, Suite 5400
  RILEY & SCARBOROUGH LLP                           Wilmington, Delaware 19801
1111 Bagby Street, Suite 2100                       Telephone: (302) 295-0191
Houston, TX 77002                                   brown@chipmanbrown.com
(346) 646-5389                                      cicero@chipmanbrown.com
tammy.terry@nelsonmullins.com                       stuhlman@chipmanbrown.com
lisa.margonis@nelson.mullins.com

                                                    *Attorneys for Defendants*

4898-0181-7274, v. 2

2